1  EVAN R. CHESLER (*pro hac vice* to be filed)
   PETER T. BARBUR (*pro hac vice* to be filed)
2  ELIZABETH L. GRAYER (*pro hac vice* to be filed)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: 212.474.1000
   Facsimile: 212.474.3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Telephone: 619.699.2700
9  Facsimile: 619.699.2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

FILED

08 APR 30 AM 11: 19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

12                   UNITED STATES DISTRICT COURT

13               SOUTHERN DISTRICT OF CALIFORNIA

14 MERDAD VALIKHANI, an individual, on   CASE NO. '08 CV 0786 WQH JMA
15 behalf of himself, the general public and all
   others similarly situated,               PROOF OF SERVICE
16
                 Plaintiff,
17
          v.
18
   QUALCOMM INCORPORATED, a
19 Delaware corporation, and DOES 1-100,
20               Defendants.
21
22
23
24
25
26
27
28

DLA PIPER US LLP
   SAN DIEGO

SD\1816960.1
1-6

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On April 29, 2008, I served the within documents:

1. CIVIL COVER SHEET

2. QUALCOMM INCORPORATED'S NOTICE OF REMOVAL;

3. QUALCOMM INCORPORATED'S NOTICE OF PARTY WITH FINANCIAL INTEREST;

4. QUALCOMM INCORPORATED'S NOTICE OF RELATED CASE

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

David C. Parisi, Esq.
Suzanne Havens Beckman, Esq.
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Tel. (818) 990-1299
Fax: (818) 501-7852
dparisi@parisihavens.com
shavens@parisihavens.com
Attorneys for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

DLA Piper US LLP
San Diego

SD\1816960.1
1-6

-2-

1    I declare that I am employed in the office of a member of the Bar of or permitted to
practice before this Court at whose direction the service was made.

2    Executed on April 29, 2008, at San Diego, California.

3

4

5    _____
Debby J. Brady

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper US LLP
San Diego

SD\1816960.1
1-6

-3-