1  EVAN R. CHESLER (*pro hac vice* to be filed)
   PETER T. BARBUR (*pro hac vice* to be filed)
2  ELIZABETH L. GRAYER (*pro hac vice* to be filed)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY  10019
4  Telephone:  212.474.1000
   Facsimile:  212.474.3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA  92101-4297
   Telephone:  619.699.2700
9  Facsimile:  619.699.2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated, | CASE NO.  08 cv 0786 WQH (JMA) |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100, | |
| Defendants. | |

Brian A. Foster hereby enters his appearance on behalf of Defendant Qualcomm Incorporated, in the above-entitled case.

Dated:  May 2, 2008                         DLA PIPER US LLP


                                            By /s/ Brian A. Foster
                                            _____

                                            Attorneys for Defendant
                                            QUALCOMM INCORPORATED
                                            brian.foster@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

SD\1817396.1
1-6                                                              08 CV 0786 WQH (JMA)