| | |
|---|---|
| 1 | EVAN R. CHESLER (*pro hac vice* to be filed) |
|   | PETER T. BARBUR (*pro hac vice* to be filed) |
| 2 | ELIZABETH L. GRAYER (*pro hac vice* to be filed) |
|   | CRAVATH, SWAINE & MOORE LLP |
| 3 | 825 Eighth Avenue |
|   | New York, NY 10019 |
| 4 | Telephone: 212.474.1000 |
|   | Facsimile: 212.474.3700 |
| 5 | |
|   | WILLIAM S. BOGGS (Bar No. 053013) |
| 6 | BRIAN A. FOSTER (Bar No. 110413) |
|   | TIMOTHY S. BLACKFORD (Bar No. 190900) |
| 7 | DLA PIPER US LLP |
|   | 401 B Street, Suite 1700 |
| 8 | San Diego, CA 92101-4297 |
|   | Telephone: 619.699.2700 |
| 9 | Facsimile: 619.699.2701 |
| 10 | Attorneys for Defendant |
|    | QUALCOMM INCORPORATED |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**NOTICE OF APPEARANCE** |

Timothy S. Blackford hereby enters his appearance on behalf of Defendant Qualcomm Incorporated, in the above-entitled case.

Dated: May 2, 2008       DLA PIPER US LLP

By /s/ Timothy S. Blackford

Attorneys for Defendant
QUALCOMM INCORPORATED
tim.blackford@dlapiper.com