EVAN R. CHESLER (*pro hac vice* to be filed)
PETER T. BARBUR (*pro hac vice* to be filed)
ELIZABETH L. GRAYER (*pro hac vice* to be filed)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY  10019
Telephone:  212.474.1000
Facsimile:  212.474.3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  619.699.2700
Facsimile:  619.699.2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100,<br><br>Defendants. | CASE NO.  08 cv 0786 WQH (JMA)<br><br>**NOTICE OF APPEARANCE** |

Christopher J. Beal hereby enters his appearance on behalf of Defendant Qualcomm Incorporated, in the above-entitled case.

Dated:  May 2, 2008                         DLA PIPER US LLP

                                            By /s/ Christopher J. Beal

                                            Attorneys for Defendant
                                            QUALCOMM INCORPORATED
                                            cris.beal@dlapiper.com

DLA PIPER US LLP
SAN DIEGO

SD\1817398.1
1-6

08 CV 0786 WQH (JMA)