EVAN R. CHESLER (*pro hac vice* to be filed)
PETER T. BARBUR (*pro hac vice* to be filed)
ELIZABETH L. GRAYER (*pro hac vice* to be filed)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: 212.474.1000
Facsimile: 212.474.3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**QUALCOMM INCORPORATED'S NOTICE OF MOTION AND MOTION TO TRANSFER**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Date: June 2, 2008<br>Time: 11:00 a.m.<br>Judge: Hon. William Q. Hayes |

PLEASE TAKE NOTICE that on Monday, June 2, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, Defendant Qualcomm Incorporated will and hereby does move the Court for an order transferring this action to the United States District Court for the District of New Jersey.

/////

/////

/////

-1-

DLA PIPER US LLP
SAN DIEGO

SD\1817467.1
1-6

08 CV 0786 WQH (JMA)

1  The motion is based upon this Notice of Motion and Motion, the supporting Declaration
2  of Timothy S. Blackford and the supporting Memorandum of Points and Authorities filed
3  concurrently herewith, and upon such other matters as the Court deems proper.

4  Dated: May 2, 2008

DLA PIPER US LLP

By /s/ William S. Boggs

william.boggs@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer

Attorneys for Defendant
QUALCOMM INCORPORATED