1   EVAN R. CHESLER (*pro hac vice* to be filed)
    PETER T. BARBUR (*pro hac vice* to be filed)
2   ELIZABETH L. GRAYER (*pro hac vice* to be filed)
    CRAVATH, SWAINE & MOORE LLP
3   825 Eighth Avenue
    New York, NY  10019
4   Telephone:  212.474.1000
    Facsimile:  212.474.3700
5
    WILLIAM S. BOGGS (Bar No. 053013)
6   BRIAN A. FOSTER (Bar No. 110413)
    TIMOTHY S. BLACKFORD (Bar No. 190900)
7   DLA PIPER US LLP
    401 B Street, Suite 1700
8   San Diego, CA  92101-4297
    Telephone:  619.699.2700
9   Facsimile:  619.699.2701

10  Attorneys for Defendant
    QUALCOMM INCORPORATED

11

12                  UNITED STATES DISTRICT COURT

13                  SOUTHERN DISTRICT OF CALIFORNIA

14

15  MERDAD VALIKHANI, an individual, on          CASE NO.  08 cv 0786 WQH (JMA)
    behalf of himself, the general public and all
    others similarly situated,                   **DECLARATION OF TIMOTHY S.**
16                                                **BLACKFORD IN SUPPORT OF**
                                                  **QUALCOMM'S MOTION TO TRANSFER**
17            Plaintiff,

            v.                                    **NO ORAL ARGUMENT UNLESS**
18                                                **REQUESTED BY THE COURT**

19  QUALCOMM INCORPORATED, a                      Date:      June 2, 2008
    Delaware corporation, and DOES 1-100,         Time:      11:00 a.m.
20                                                Judge:     Hon. William Q. Hayes
            Defendants.

21

22          I, TIMOTHY S. BLACKFORD, declare under penalty of perjury as follows:

23          1.      I am a partner with DLA Piper US LLP, counsel for Defendant Qualcomm

24  Incorporated ("Qualcomm") in the above-captioned action.  I am a member of the bar of the State

25  of California and am admitted to practice before this Court.  I submit this declaration in support

26  of Qualcomm's Motion to Transfer pursuant to 28 U.S.C. § 1404(a).

27          2.      I also represent Qualcomm in the action captioned *Broadcom Corp. v. Qualcomm*

28  *Inc.*, No. 05-CV-3350 (D.N.J.) (the "NJ Action"), and have knowlege of the following.

                                                  -1-

1    3.    On July 1, 2005, Broadcom Corporation ("Broadcom") filed its initial complaint in

2    the NJ Action and, on September 19, 2005, filed its First Amended Complaint.

3    4.    On August 31, 2006, the United States District Court for the District of New

4    Jersey entered an order granting Qualcomm's motion to dismiss Broadcom's First Amended

5    Complaint.

6    5.    On September 4, 2007, the Unted States Court of Appeals for the Third Circuit

7    affirmed in part, and reversed in part, the district court's August 31, 2006 dismissal of

8    Broadcom's First Amended Complaint.

9    6.    On November 2, 2007, Broadcom filed its Second Amended Complaint in the NJ

10    Action, a true and correct copy of which is attached hereto as Exhibit 1.  Broadcom's Second

11    Amended Complaint added new state law causes of action as well as new allegations.

12    7.    Subsequent to the filing of Broadcom's Second Amended Complaint in the NJ

13    Action, Qualcomm has completed its production of documents in response to Broadcom's First

14    Request for the Production of Documents, served in October 2005.  Also since the filing of its

15    Second Amended Complaint, Broadcom has completed its production of documents in response

16    to Qualcomm's First Request for the Production of Documents, served in November 2005, and in

17    response to Qualcomm's Second Request for the Production of Documents, served in April 2006.

18    8.    On January 9, 2008, Qualcomm served its Third Request for the Production of

19    Documents on Broadcom.  On January 18, 2008, Broadcom served its Second Request for the

20    Production of Documents on Qualcomm.  The parties have not begun to collect or produce

21    documents in response to these requests.

22    9.    On April 25, 2008, the Honorable John J. Hughes, Magistrate Judge for the

23    District of New Jersey, conducted a discovery conference.  A rough, preliminary version of the

24    transcript of those proceedings is attached hereto as Exhibit 2.

25    10.    On December 21, 2007, Qualcomm served its Amended and Supplemental Initial

26    Disclosures pursuant to Federal Rule of Procedure 26(a)(1), a true and correct copy of which is

27    attached hereto as Exhibit 3.

28    /////

DLA PIPER US LLP
SAN DIEGO

SD\1817465.1
1-6

-2-

08 CV 0786 WQH (JMA)

1    11.    On December 21, 2007, Broadcom served its Amended Initial Disclosure pursuant

2 to Federal Rule of Civil Procedure 26(a)(1), a true and correct copy of which is attached hereto as

3 Exhibit 4.

4    12.    On February 29, 2008, Qualcomm served Supplemental Disclosures pursuant to

5 Federal Rule of Procedure 26(e), a true and correct copy of which is attached hereto as Exhibit 5.

6    13.    Prior to the dismissal of the NJ Action on August 31, 2006, one witness was

7 deposed.  Since that time, no witnesses have been deposed by either party.

8    14.    Since the NJ Action was commenced on July 1, 2005, including since the filing of

9 Broadcom's Second Amended Complaint, the parties have served various third parties with

10 subpoenas pursuant to Federal Rule of Civil Procedure 45, including Nokia Corporation, Verizon

11 Wireless and Motorola Incorporated.

12    15.    On November 30, 2007, the court in the NJ Action entered an Amended Pretrial

13 Scheduling Order, a true and correct copy of which is attached hereto as Exhibit 6.

14    16.    On April 18, 2008, Plaintiff filed a complaint in the action captioned *Valikhani v.*

15 *Qualcomm, Inc.*, No. 37-2008-00082231-CU-AT-CTL (Cal. Super. Ct.), a true and correct copy

16 of which is attached hereto as Exhbit 7.

17    I make this Declaration based upon my own personal knowledge and, if called upon as a

18 witness, would tesify competently to the matters stated herein.

19    I declare under the penalty of perjury under the laws of the United States of America that

20 the foregoing is true and correct and that this Declaration was executed on May 2, 2008, in San

21 Diego, California.

22                                        /s/ Timothy S. Blackford

23

24

25

26

27

28

DLA PIPER US LLP
    SAN DIEGO

SD\1817465.1
1-6

-3-

08 CV 0786 WQH (JMA)