UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BROADCOM CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-3350 (MLC) |
| v. | ) ) ) | |
| QUALCOMM INCORPORATED, | ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFF BROADCOM CORPORATION'S AMENDED INITIAL DISCLOSURES

## PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to the Court's Amended Pretrial Scheduling Order entered December 4, 2007, Broadcom Corporation ("Broadcom") makes the following initial disclosures under Federal Rule of Civil Procedure 26(a)(1). These initial disclosures are based on information reasonably available to Broadcom at this time. Broadcom's investigation and review of documents related to this matter is continuing, and Broadcom reserves the right to supplement these disclosures as provided for under Federal Rule of Civil Procedure 26(e) as developments warrant.

These disclosures are made without waiving any right to object (1) to any discovery request or proceeding involving or relating to the subject matter of these disclosures consistent with the Federal Rules of Civil Procedure and the Local Rules; or (2) to the use of any information disclosed in any proceeding in this action or in any other action.

1

EXHIBIT 4 PAGE 186

**A.    Individuals Likely to Have Discoverable Information That Broadcom May Use to Support Its Claims**

Subject to the foregoing and based on the information reasonably available to Broadcom at the present time, Broadcom identifies the following individuals as likely to have discoverable information that Broadcom may use to support its claims, unless solely for impeachment.

<u>Past & Present Broadcom Corporation Employees</u>

1.      Moussa Bavafa – Broadcom Corporation, 190 Mathilda Place, Sunnyvale, California 94086 (T: 408-922-5898). Subjects: development of the IEEE 802.20 standard.

2.      Joseph Boccuzzi – Broadcom Corporation, 100 Matawan Road, Suite 210, Matawan, New Jersey 07747 (T: 732-888-3500). Subjects: Broadcom's efforts to design and/or sell WCDMA[1] ASICs; and standard-setting/development efforts related to 3G mobile wireless technologies.

3.      Mark D. Brazeal – Broadcom Corporation, 190 Mathilda Place, Sunnyvale, California 92618 (T: 408-543-3300). Subjects: Broadcom's WCDMA and GSM/GPRS/EDGE licensing negotiations with Qualcomm Incorporated ("Qualcomm").

4.      Xuemin Chen – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-926-6185). Subjects: development of the H.264 video compression standard.

5.      Michael A. Civiello – Broadcom Corporation, 1131 West Warner Street, Suite 104, Tempe, Arizona 85284 (T: 480-753-2260). Subjects: Zyray's WCDMA licensing negotiations with Qualcomm; Zyray's and Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCDMA ASICs; and Zyray's and Broadcom's efforts to design and/or sell WCDMA ASICs.

6.      Yossi Cohen – Broadcom Corporation, 5300 California Ave., Irvine California 92617 (T: 949-585-5319). Subjects: Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCMDA ASICs; and Broadcom's efforts to design and/or sell WCDMA ASICs.

7.      Ed H. Frank – Broadcom Corporation, 190 Mathilda Place, Sunnyvale, California 92618 (T: 408-543-3300). Subjects: Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCDMA ASICs.

---

[1] Terms such as "WCDMA," "ASICs," "3G," and the other acronyms and terms used herein have the same meanings as in the Plaintiff's Second Amended Complaint.

EXHIBIT 4 PAGE 184

8. Stephen Gordon – Broadcom Corporation, 200 Brickstone Square, Suite 401, Andover, Massachusetts 01810 (T: 978-719-1322). Subjects: development of the H.264 video compression standard; and Broadcom's H.264-compliant products.

9. Victor Hou – Broadcom Corporation, 16340 West Bernardo Drive, San Diego, California 92127 (T: 858-521-5875). Subjects: standard-setting/development efforts related to B3G/4G mobile wireless technologies.

10. Ketan Kamdar – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-450-8700). Subjects: Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCDMA ASICs; and Broadcom's efforts to design and/or sell WCDMA ASICs.

11. Mark Kent – Broadcom Corporation, 16340 West Bernardo Drive, San Diego, California 92127 (T: 858-521-5853). Subjects: ETSI rules and requirements.

12. Thomas Kolze – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-926-6136). Subjects: development of the IEEE 802.20 standard.

13. Thomas Lagatta – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-926-6644). Subjects: effect of Qualcomm's misconduct on Broadcom's business.

14. Alexander MacInnis – Broadcom Corporation, 2370 E. Stadium Boulevard, No. 42, Ann Arbor, Michigan 48104-4811 (T: 408-501-3801). Subjects: development of the H.264 video compression standard; and Broadcom's H.264-compliant products.

15. Robert G. Nalesnik – Broadcom Corporation, 190 Mathilda Place, Sunnyvale, California 94086 (T: 408-543-3300). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCMDA ASICs; and Broadcom's efforts to design and/or sell WCDMA ASICs.

16. Robert A. Rango – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-450-8700). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCDMA ASICs; and Broadcom's efforts to design and/or sell WCDMA ASICs.

17. Henry Samueli – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-926-5610). Subjects: Broadcom's corporate history and business model; and Broadcom's marketing and sales of products compliant with the WCDMA, GSM/GPRS/EDGE, and H.264 standards.

18. Nambi Seshadri – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-450-8700). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCDMA ASICs; Broadcom's efforts to design

3

EXHIBIT 4 PAGE 188

and/or sell WCDMA ASICs; effect of Qualcomm's misconduct on Broadcom's business; and Broadcom's strategic planning and/or competitive analyses relating to B3G/4G mobile wireless technologies and products.

19.     Bazhong Shen – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-926-6019).  Subjects:  ETSI rules and requirements.

20.     Adam C. Spice – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-450-8700).  Subjects:  Broadcom's strategic planning and/or competitive analyses relating to WCDMA technology or WCDMA ASICs.

21.     Robert E.M. Swann -- Broadcom Corporation, Unit 406, Science Park, Milton Road, Cambridge, CB4 OWW, United Kingdom (T: 44-1223-381352).  Subjects:  Broadcom's H.264-compliant products; and effect of Qualcomm's misconduct on Broadcom's business.

22.     Pat Thaler – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-570-2707).  Subjects:  rules and regulations pertaining to the IEEE 802.20 working group.

23.     Shannon Tyson, Jr., Esq. – Broadcom Corporation, 8303 Mopac Expressway North, Austin, Texas 78759 (T: 512-651-9542).  Subjects:  Broadcom's participation in standard-setting organizations; Qualcomm's participation in standard-setting organizations; and rules and requirements of standard-setting organizations.

24.     Pieter van Rooyen – Broadcom Corporation, 15434 Innovation Drive, San Diego, California 92128 (T: 858-385-8800).  Subjects:  Zyray's WCDMA licensing negotiations with Qualcomm; Zyray's strategic planning and/or competitive analyses relating to WCDMA technology or WCDMA ASICs; Zyray's efforts to design and/or sell WCDMA ASICs; standard-setting/development efforts related to 3G mobile wireless technologies and B3G/4G mobile wireless technologies; and Broadcom's strategic planning and/or competitive analyses relating to B3G/4G mobile wireless technologies and products.

25.     Wade K. Wan – Broadcom Corporation, 5300 California Ave., Irvine, California 92617 (T: 949-926-6387).  Subjects:  development of the H.264 video compression standard.

26.     Sheng Zhong – Broadcom Corporation, 2451 Mission College Blvd., Santa Clara, California 95054 (T: 408-501-3885).  Subjects:  development of the H.264 video compression standard.

Past & Present Qualcomm Incorporated / Flarion Technologies Incorporated Employees[2]

27.     Derek K. Aberle – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121).  Subjects:  Broadcom's WCDMA licensing

---

[2] Broadcom believes that all individuals listed are employed, or were employed, by Qualcomm or an affiliate of Qualcomm.  The noted affiliations within Qualcomm may not in some instances be current or correct.

EXHIBIT__4__ PAGE_189_

negotiations with Qualcomm; and Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology.

28.     Jeff Altman -- Qualcomm Technology Licensing, Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; and Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology.

29.     Steven R. Altman – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Zyray's and Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; Qualcomm's participation in ETSI; and pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses).

30.     Sanjeev Athalye – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.16e, the Working Group on Broadband Wireless Access Standards.

31.     Kent Baker – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's licensing policies; Qualcomm's understanding of its patent disclosure obligations; Qualcomm's understanding of its FRAND obligations; Qualcomm's participation in ETSI; and Qualcomm's participation in the JVT.

32.     Gwen Barriac – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

33.     Yiliang Bao - Qualcomm Incorporated, 10145 Pacific Heights Blvd., San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

34.     Marvin Blecker – Qualcomm Technology Licensing, Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology.

35.     Luke Bonacci – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Zyray's WCDMA licensing negotiations with Qualcomm; and Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology.

36.     Peter Carson – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

5

EXHIBIT 4 PAGE 190

37.    Tao Chen – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.16e, the Working Group on Broadband Wireless Access Standards.

38.    Greg Cobb – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; and Qualcomm's participation in the JVT.

39.    James Determan – Qualcomm Incorporated, 9950 Barnes Canyon Road, San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

40.    Sean English – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in ETSI; and Qualcomm's efforts to conceal information related to its JVT patents.

41.    Mark Epstein – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

42.    John Fan – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

43.    Mark Frankel – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology.

44.    Hari Ganti – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

45.    Harinath Garudadri – Qualcomm Incorporated, 5665 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in ETSI; and Qualcomm's participation in the JVT.

46.    Glenn Golden – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

47.    Dhananja Gore – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.16e, the Working Group on Broadband Wireless Access Standards.

EXHIBIT _4_ PAGE _191_

48.    Jin Guo – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.16e, the Working Group on Broadband Wireless Access Standards.

49.    Michael Hartogs – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; Qualcomm's understanding of its patent disclosure obligations; Qualcomm's understanding of its FRAND obligations; and Qualcomm's participation in ETSI.

50.    George Iritz – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

51.    A. Chris Irvine – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

52.    Irwin M. Jacobs – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; and pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses).

53.    Jeffrey A. Jacobs – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Zyray's and Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; and pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses).

54.    Paul E. Jacobs – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Zyray's and Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; and pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses).

55.    Avinash Jain – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.16e, the Working Group on Broadband Wireless Access Standards.

56.    Sanjay K. Jha – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Zyray's and Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264

7

EXHIBIT   4   PAGE  192

technology; and pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses).

57.    Ravi Kalavakunta – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.16e, the Working Group on Broadband Wireless Access Standards.

58.    Samir Kapoor – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

59.    Farrokh Khatibi – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

60.    Mark Klerer – Qualcomm Incorporated, 500 Somerset Corporate Blvd., Bridgewater, New Jersey 08807. Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group; Qualcomm's violations of the rules of the 802.20 working group; Qualcomm's participation in ETSI; and the Mobile Broadband Wireless Access Working Group.

61.    Rajiv Larioa – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

62.    Junyi Li – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

63.    James Lederer – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Qualcomm's licensing, interactions with standard-development organizations and related business practices.

64.    Jeff Lorbeck – MediaFLO USA, Inc., Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

65.    Albert Scott Ludwin – Qualcomm Incorporated, 5665 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in ETSI; and Qualcomm's participation in JVT.

66.    Louis M. Lupin – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Zyray's and Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; Qualcomm's understanding of its patent disclosure obligations; Qualcomm's

8

EXHIBIT 4 PAGE 193

understanding of its FRAND obligations; Qualcomm's participation in ETSI; and Qualcomm's participation in the JVT.

67.    Ajay Luthra – Motorola, BCS, 6420 Sequence Drive, San Diego, CA 92121 (T:858-404-3470). Subjects: JVT disclosure obligation; and Qualcomm's participation in the JVT.

68.    Sandip Minhas – Qualcomm Incorporated, 5355 Mira Sorrento Place, San Diego, CA 92121. Subjects: Qualcomm's participation in JVT.

69.    Max Miyazono – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

70.    Ayman Naguib – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

71.    Mullaguru Naidu – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

72.    Tom O'Neil – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Qualcomm's licensing and related business practices.

73.    William Otondo – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Qualcomm's licensing and related business practices.

74.    Roberto Padovani – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Zyray's and Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and standard-setting/development efforts related to 3G mobile wireless technologies and B3G/4G mobile wireless technologies.

75.    Vincent Park – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

76.    Vladimir Parizhsky – Flarion Technologies Incorporated, Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921 (T: 908-947-7000). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

EXHIBIT  4  PAGE  194

77.    Luis Pineda – Qualcomm CDMA Licensing, Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses).

78.    Rajat Prakash – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

79.    Viji Raveendran – Qualcomm Incorporated, 10145 Pacific Heights Blvd., San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

80.    Yuriy Reznik – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

81.    Alex Rogers – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

82.    Thomas R. Rouse – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm; Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; Qualcomm's understanding of its patent disclosure obligations; Qualcomm's understanding of its FRAND obligations; Qualcomm's participation in ETSI; Qualcomm's participation in the JVT; and Qualcomm's obligations to comply with standard-setting organization rules.

83.    Phoom Sagetong – Qualcomm Incorporated, address unknown. Subjects: Qualcomm's participation in the JVT.

84.    Don Schrock – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Qualcomm's licensing and related business practices.

85.    Ammon Silberger – Qualcomm Incorporated, 9940 Barnes Canyon Road, San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

86.    Richard Sulpizio – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Broadcom's WCDMA licensing negotiations with Qualcomm.

87.    Arak Sutivong – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

88.    Anne-Lise Thieblemont – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

EXHIBIT __4__ PAGE __195__

89.    Edward Tiedemann – Qualcomm Incorporated, 5665 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in ETSI, the JVT, and the 802.20 working group.

90.    James Tomcik – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

91.    Stephane Tronchon – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: Qualcomm's interactions with ETSI and other standard-development organizations.

92.    Tom Wasilewski – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

93.    Rao Yallapragada – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121 (T: 858-587-1121). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

94.    Yan Ye – Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

95.    Jay C. Yun – Qualcomm Incorporated, 10145 Pacific Heights Blvd. San Diego, California 92121. Subjects: Qualcomm's participation in the JVT.

Other

96.    Friedhelm Hillebrand – [contact info to come]. Subject: the development of the UMTS standard; IPR policies pertinent to the development of the UMTS standard; and Qualcomm's participation in the development of the UMTS standard.

97.    Lee Patch – Day Casebeer Madrid & Batchelder LLP, 20300 Stevens Creek Boulevard, Suite 400, Cupertino, California 95014. Subjects: Qualcomm's concealment of its participation in the JVT.

98.    Gary Sullivan – Microsoft Corp., One Microsoft Way, Redmond, Washington 98052 (T: 425-703-5308). Subjects: JVT disclosure obligations; and Qualcomm's participation in the JVT.

99.    Jerry Upton – J. Upton Consulting, 317 N. Meacham, Park Ridge, Illinois 60068 (T: 847-772-4800). Subjects: IEEE 802.20, the Mobile Broadband Wireless Access Working Group.

100.   Andrew Viterbi – University Park Campus, Viterbi Department of Electrical Engineering, University of Southern California, Los Angeles, California 90089. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm

11

EXHIBIT __4__ PAGE _196_

ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); Flarion, its technology and intellectual property holdings; and Qualcomm's proposed acquisition of Flarion.

101.    Thomas Wiegand – Heinrich Hertz Institute, Einsteinufer 37, 10587, Germany (T: 49-0-30-31002-617). Subjects:  JVT disclosure obligation; and Qualcomm's participation in the JVT.

For the companies listed below, Broadcom believes that individual(s) not yet identified

from each company and/or each company's subsidiaries and affiliates are likely to have

discoverable information that Broadcom may use to support its claims.

102.    Agere Systems Incorporated (individual(s) not yet identified), 1110 American Parkway NE, Allentown, Pennsylvania 18109. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

103.    Airvana, Incorporated (individual(s) not yet identified), 19 Alpha Road, Chelmsford, Massachusetts 01824. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

104.    AirWalk Communications, Inc. (individual(s) not yet identified), 1830 North Greenville Avenue, Richardson, Texas 75081. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

105.    ALBAHITH (individual(s) not yet identified), P.O. Box 927495, Amman 11190, Jordan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

106.    Alcatel SA (individual(s) not yet identified), 54, rue La Boétie, 75008 Paris, France. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for

EXHIBIT 4 PAGE 194

similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

107.    Alliance for Telecommunications Industry Solutions, ATIS (individual(s) not yet identified), 1200 G Street, NW, Suite 500, Washington, DC 20005, T: 202-628-6380. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

108.    Alltel Corporation (individual(s) not yet identified), One Allied Drive, Little Rock, Arkansas, 72202. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

109.    Alps Electric Co., Ltd. (individual(s) not yet identified), Suite # 500, 910 E. Hamilton Avenue, Campbell, California 95008. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

110.    Alvarion Ltd. (individual(s) not yet identified), 21A HaBarzel Street, P.O. Box 13139, Tel Aviv 61131, Israel. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

111.    American National Standards Institute, ANSI (individual(s) not yet identified), 1819 L Street, NW, Sixth Floor, Washington, DC 20036, T: 202-293-8020. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

112.    Amoi Mobile Co., Ltd. (individual(s) not yet identified), 210 Middel Road, #08-01, IOI Plaza, Singapore 188994. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

113.    Analog Devices, Inc., (individual(s) not yet identified), One Technology Way, Norwood, Massachusetts 02062-9106. Subjects: standard-setting/development efforts related to 3G mobile wireless technologies.

114.    Apple. Inc. (individual(s) not yet identified), 1 Infinite Loop, Cupertino, California, 95014. Qualcomm licensing practices for CDMA technology, WCDMA

13

EXHIBIT 4 PAGE 198

technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

115.    ArrayComm Incorporated (individual(s) not yet identified), 2480 N. First Street, Suite 200, San Jose, California 95131 or Davies Corporate Center, 1016 Rt. 33 East, Freehold, New Jersey 07728. Subjects:  Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

116.    Association of Radio Industries and Businesses, ARIB (individual(s) not yet identified), Nittochi Bldg. 14F, 1-4-1, Kasumigaseki, Chiyoda-ku, Tokyo 100-0013, Japan, T: 81-3-5510-8590. Subjects:  standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

117.    AT&T Inc. (individual(s) not yet identified), 175 E. Houston, San Antonio, Texas. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

118.    Axesstel, Incorporated (individual(s) not yet identified), 6815 Flanders Drive, Suite 210, San Diego, California 92121. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

119.    Axio Wireless, Incorporated (individual(s) not yet identified), 805 Aerovista Place, Suite 103, San Luis Obispo, California 93401. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

120.    Bellwave, Incorporated (individual(s) not yet identified), 6th Floor Kamco Yang Jae Tower, 949-3 Dogok-Dong, Kangnam-GU, Seoul 135-270, Korea. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

121.    BenQ Corporation (individual(s) not yet identified), 157 Shanying Road, Gueishan, Taoyuan 333, Taiwan. Subjects:  Qualcomm licensing practices for CDMA

EXHIBIT 4 PAGE 199

technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

122.    BT Group PLC (individual(s) not yet identified), BT Centre, 81 Newgate Street, London EC1A 7AJ.  Subjects:  standard-setting/development efforts related to 3G mobile wireless technologies.

123.    Casio Computer Co., Ltd. (individual(s) not yet identified), 6-2, Honmachi 1-chome, Shibuya-ku, Tokyo 151-8543, Japan.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

124.    CEC Telecom Co., Ltd. (individual(s) not yet identified), CEC Information Mansion, No. 6, Zhongguancun South Road, Haidian District, Beijing, China.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

125.    Chi Mei Communications Systems (individual(s) not yet identified), 11F, No. 39, Chung Hua Road Sec. 1, Taipei 100, Taiwan, R.O.C.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

126.    China Communications Standards Association, CCSA (individual(s) not yet identified), 52, Hua Yuan Bei Road, Haidian District, Beijing 100083, China, T: 86-10-6230-2645.  Subjects:  standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

127.    China Mobile (individual(s) not yet identified), 60/F, The Center 99 Queen's Road Central, Hong Kong.  Subjects:  Qualcomm licensing practices for CDMA technology and WCDMA technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders.

128.    China Unicom (individual(s) not yet identified), 75th Floor The Center 99 Queens Road, Central, Hong Kong.  Subjects:  Qualcomm licensing practices for CDMA technology and WCDMA technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

EXHIBIT 4 PAGE 200

129.    Cisco Systems, Incorporated (individual(s) not yet identified), 170 West Tasman Drive, San Jose, California 95134. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

130.    Compal Electronics, Incorporated (individual(s) not yet identified), 581 Juikang Road Neihu, Taipei, Taiwan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

131.    Contela, Incorporated (individual(s) not yet identified), 4th Floor, Korea First Bank Building 6-8, Sunae-dong, Bundang-gu, Sungnam-si, Kyunggido 463-825, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

132.    Curitel Communications, Incorporated (individual(s) not yet identified), Peungwha Seocho Bldg., 1451-34, Seochodong, Seocho-gu, Seoul 137-867, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

133.    Dalian Daxian Group Co., Ltd. (individual(s) not yet identified), Houge Street, Gezhenpu, Ganjingzi District, Dalian, Liaoning, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

134.    Dalian Huanyu Mobile Technological Co., Ltd. (individual(s) not yet identified), No.107 Huaihe Road, 116600, Dalian, Tianjin, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

135.    Datang Telecom Technology Co., Ltd. (individual(s) not yet identified), 40 Xueyuan Road, Haidian District, Beijing 100083, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA

EXHIBIT 4 rn-- 201

mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

136.    Dell Incorporated (individual(s) not yet identified), One Dell Way, Round Rock, Texas 78682. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

137.    Denso Corporation (individual(s) not yet identified), 1-1, Showa-cho, Kariya, Aichi 448-8661, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

138.    Deutsche Telekom AG (individual(s) not yet identified), Friedrich-Ebert-Allee 140, 53113 Bonn, Germany. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

139.    eAnywhere Telecom, Incorporated (individual(s) not yet identified), 9710 Scranton Road, Suite 200, San Diego, California 92121. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

140.    Eastern Communications Co., Ltd., No. 66 Dongxin Avenue, Binjiang High Tech Dev. Zone, Hangzhou, ZHJ 310053, PRC. Subjects: Qualcomm licensing practices for CDMA technology and WCDMA technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders.

141.    Eastern Communications Co., Ltd. (individual(s) not yet identified), No.398, Wensan Road, Hanghou, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

142.    EC Telecom Ltd. (individual(s) not yet identified), 801, Tower 2, World Trade Square, 123 Hoi Bun Road, Kwun Tong, Kowloon, Hong Kong. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE

EXHIBIT 4 PAGE 202

technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

143.    Egyptian Telephone Company (individual(s) not yet identified), HATIF Telecom Industries, P.O. Box 1058, Amman 11821, Jordan.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

144.    EMS Technologies, Incorporated (individual(s) not yet identified), 660 Engineering Drive, Norcross, Georgia 30092.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

145.    EoNex Technologies, Incorporated (individual(s) not yet identified), 10th Floor Sunae-Dong 22-3, Bundang-Gu, Songnam, Kyunggi-Do 463-825, Korea.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology.

146.    ERON Technologies Corporation (individual(s) not yet identified), 6-8 NownHyun-Dong, Seoul, 135-010, Korea.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

147.    ETRONICS Corporation (individual(s) not yet identified), 177, Chongchon-Dong, Bupyung-Gu, Inchon 403-030, Korea.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

148.    European Telecommunications Standards Institute, ETSI (individual(s) not yet identified), 650, route des Lucioles, 06921 Sophia-Antipolis Cedex, France, T: 33 (0)4 92 94 42 00.  Subjects:  standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

149.    Evercore Partners (individual(s) not yet identified), 55 East 52nd Street, 43rd Floor, New York, New York 10055.  Subjects:  Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

18

EXHIBIT __4__ PAGE __203__

150.    Flarion Technologies Incorporated (additional individual(s) not yet identified), Bedminster One, 135 Route 202/206 South, Bedminster, New Jersey 07921. Subjects: Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

151.    Flextronics International Ltd. (individual(s) not yet identified), 2 Changi South Lane, Singapore 486123. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

152.    France Telecom (individual(s) not yet identified), 6, place d'Alleray, 75015 Paris, France. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies; and selecting mobile wireless technologies.

153.    Freescale Semiconductor, Incorporated (individual(s) not yet identified), 6501 William Cannon Drive West, Austin, Texas 78735. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

154.    Fujitsu Limited (individual(s) not yet identified), Shiodome City Center, 1-5-2 Higashi-Shimbashi Minato-ku, Tokyo 105-7123 Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

155. .   Garmin Corporation (individual(s) not yet identified), No 68, Jangshu 2nd Road, Shijr, Taipei County, Taiwan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

156.    Glenayre Electronics, Incorporated (individual(s) not yet identified), Unit 22 Challenge House, Showered Drive, Bletchley, MK3 6DP. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE

EXHIBIT 4 PAGE 204

technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

157.    Great Dragon Information Technology Corporation Ltd. (individual(s) not yet identified), 169 Beiyuan Road, Chaoyang District, Beijing 100101, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

158.    Growell Telecom Co., Ltd. (individual(s) not yet identified), Two University Plaza, Suite 308, Hackensack, New Jersey 07601. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

159.    GSM Association (individual(s) not yet identified), 1st Floor Mid City Place, 71 High Holborn, London WC1V 6EA. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

160.    Guangzhou Jinpeng Group Co., Ltd. (individual(s) not yet identified), No.9 Shenzhou Road, Guangzhou Science City, Guangzhou, Guangdong 510663, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

161.    Guangzhou Southern Hi-Tech Co., Ltd. (individual(s) not yet identified), Er heng Road, Science Park, Guangzhou Hi-tech Industrial Development Zone, Guangzhou, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

162.    Haier Group Company (individual(s) not yet identified), No.1 Haier Road Hi-tech Zone Qingdao, China 266101. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

163.    Hewlett-Packard Company (individual(s) not yet identified), 3000 Hanover Street, Palo Alto, California 94304. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264

EXHIBIT __4__ PAGE 205

technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

164.    High Tech Computer Corporation (individual(s) not yet identified), No.23, Hsin Hua Road, Taoyuan 330, Taiwan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

165.    Hisense Group Co., Ltd. (individual(s) not yet identified), 17 Donghaixi Road, Qingdao, China. Subjects Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

166.    Hitachi Kokusai Electric Incorporated (individual(s) not yet identified), P's higashi-nakano Bldg., 3-14-20 Higashi-Nakano, Nakano-ku, Tokyo 164-8511, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

167.    Hitachi, Ltd. (individual(s) not yet identified), 6-6, Marunouchi 1-chome, Chiyoda-ku, Tokyo, 100-8280 Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

168.    Hon Hai Precision Industry Co., Ltd. (individual(s) not yet identified), 2 Tzu Yu St., Tu-Cheng City, Taipei, Taiwan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

169.    Huawei Technologies Co., Ltd. (individual(s) not yet identified), Bantian, Longgang District, Shenzhen 518129, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

EXHIBIT 4 PAGE 206

170.    Hutchison Telecommunications Ltd. (individual(s) not yet identified), Building A, 207 Pacific Highway, St. Leonards NSW 2065, Australia. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

171.    Hynix Semiconductors Inc. (individual(s) not yet identified), San 136-1, Ami-Ri Bubal-eub Icheon-si Kyoungki-do, Korea 467-701. Subjects: Qualcomm licensing practices for WCDMA technology and GSM/GPRS/EDGE technology, pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

172.    Infineon Technologies AG (individual(s) not yet identified), St.-Martin-Strasse 53, 81669 Munich, Germany. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

173.    Institute of Electrical and Electronic Engineers, Incorporated, IEEE (individual(s) not yet identified), IEEE Operations Center, 445 Hoes Lane, Piscataway, New Jersey 08854, T: 732-981-0060. Subjects: standard-setting/development efforts related to B3G/4G mobile wireless technologies.

174.    Intel Corporation (individual(s) not yet identified), 2200 Mission College Blvd., Santa Clara, California 95052. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

175.    InterDigital (individual(s) not yet identified), 781 3rd Ave., King of Prussia, Pennsylvania 19406-1409. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; licensing practices of other CDMA or WCDMA intellectual property holders; actual or potential litigation threatened by Qualcomm regarding the licensing of its CDMA or WCDMA technology patents or regarding sales of its CDMA or WCDMA ASICs; and standard-setting/development efforts related to 3G mobile wireless technologies; essentiality of declared CDMA and WCDMA patents.

176.    International Telecommunication Union, ITU (individual(s) not yet identified), Place des Nations, CH-1211 Geneva 20, Switzerland, T: 41 22 730 51 11. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

22

EXHIBIT 4 PAGE 207

177.    Inventec Appliances Corp. (individual(s) not yet identified), No.37, Wugung 5th Rd., Wugu Shiang, Taipei, Taiwan 248. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

178.    IP Wireless, Incorporated (individual(s) not yet identified), 1001 Bayhill Drive, 2nd Floor, San Bruno, California 94066. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

179.    Italtel Group S.p.A. (individual(s) not yet identified), Castelletto, 20019 Settimo Milanese, Milan, Italy. Subjects: Qualcomm licensing practices for WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies; and selecting mobile wireless technologies.

180.    KDDI Corporation (individual(s) not yet identified), Garden Air Tower, 10-10, Iidabashi 3-chome, Chiyoda-ku, Tokyo 102-8460, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

181.    Kenwood Corporation (individual(s) not yet identified), 2967-3, Ishikawa-machi, Hachioji-shi, Tokyo, 192-8525 Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

182.    Kisan Telecom Co., Ltd. (individual(s) not yet identified), Taewon Building, 65 Bangyi-Dong, Songpa-Gu, Seoul, 138-828 Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

23

EXHIBIT 4 PAGE 208

183.   Koninklijke KPN N.V. (individual(s) not yet identified), Maanplein 55, The Hague, 2516 CK. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

184.   Koninklijke Philips Electronics N.V. (individual(s) not yet identified), Groenewoudseweg 1, 5621 BA Eindhoven, Netherlands. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

185.   Konka Group Co., Ltd. (individual(s) not yet identified), Overseas Chinese Town, Shenzhen, Guangdong 518053, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

186.   KTF Technologies Incorporated (individual(s) not yet identified), 9th Floor Shinyoong Tower 265-3(4), Seohyun-dong Bundang-gu, Songnam City, Korea 463 769. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

187.   Kyocera Corporation (individual(s) not yet identified), 6, Takeda Tobadono-cho, Fushimi-ku, Kyoto, Japan 612-8501. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

188.   Langchao Group Co., Ltd. (individual(s) not yet identified), 2 Xinxizhonglu Road, Shangdi, Haidian District, Beijing, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

189.   Lenovo Mobile Communications Technology Ltd. (individual(s) not yet identified), 1 Manhattanville Rd., Purchase, New York 10577-2100. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm

EXHIBIT 4 PAGE 209

ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

190.    LG Electronics, Incorporated (individual(s) not yet identified), LG Twin Towers, 20,Yeouido-dong, Yeongdeungpo-gu, Seoul, Korea 150-721. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

191.    Lucent Technologies Incorporated (individual(s) not yet identified), 600 Mountain Ave., Murray Hill, New Jersey 07974-0636. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies and B3G/4G mobile wireless technologies; and selecting mobile wireless technologies.

192.    Matsushita Electronic Components Co., Ltd. (individual(s) not yet identified), 1006, Oaza Kadoma, Kadoma, Osaka 571-8506, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

193.    Maxim Integrated Products, Incorporated (individual(s) not yet identified), 120 San Gabriel Dr., Sunnyvale, California 94086. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; design, pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and actual or potential litigation threatened by Qualcomm regarding the licensing of its CDMA or WCDMA technology patents or regarding sales of its CDMA or WCDMA ASICs.

194.    Maxon Telecom Co., Ltd. (individual(s) not yet identified), 3F Sewon Venture Bldg.,705-18,Yeuksam-dong, Kangnam-gu, Seoul, Korea 135-948. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

195.    Mitsubishi Electric Corporation (individual(s) not yet identified), Mitsubishi Denki Building, 2-2-3, Marunouchi, Chiyoda-ku, Tokyo 100-8310, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm

EXHIBIT __4__ PAGE __210__

ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

196.    Mobile System Technologies, Incorporated (individual(s) not yet identified), West Hill Building, 2chome 24-4 Nishigotanda, Shinagawa-Ku, Tokyo 141-0031, Japan. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

197.    Morgan Stanley, (individual(s) not yet identified), 1585 Broadway, New York, New York 10036. Subjects:  Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

198.    Motorola, Incorporated (individual(s) not yet identified), 1299 East Algonquin Rd., 2nd Floor, Schaumburg, Illinois 60196. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies; essentiality of declared CDMA and WCDMA patents; and selecting mobile wireless technologies.

199.    NEC Corporation (individual(s) not yet identified), 7-1, Shiba 5-chome, Minato-ku, Tokyo 108-8001, Japan. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

200.    Neuf Cegetel SA (individual(s) not yet identified). 40/42 quai du Point du Jour, 92659 Boulogne Billancourt cedex, France. Subjects:  Qualcomm licensing practices for WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies; and selecting mobile wireless technologies.

201.    Ningbo Bird Co., Ltd. (individual(s) not yet identified), 99 Chengshan Road, Ningbo 315500, Zhejiang, China. Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

EXHIBIT 4 PAGE 211

202.    NOKIA Corporation (individual(s) not yet identified), Keilalahdentie 4, FIN-00045 Espoo, Finland. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies; essentiality of declared CDMA and WCDMA patents; Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

203.    Nortel Networks (individual(s) not yet identified), 8200 Dixie Road, Brampton, Ontario L6T 5P6, Canada. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts for 3G mobile wireless technologies; selecting mobile wireless technologies; Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

204.    Novatel Wireless Incorporated (individual(s) not yet identified), 9645 Scranton Rd., Suite 205, San Diego, California 92121. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

205.    NTT DoCoMo (individual(s) not yet identified), Sanno Park Tower 11-1, Nagata-cho 2-chome, Chiyoda-ku, Tokyo 100-6150, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

206.    NXP B.V. (individual(s) not yet identified), High Tech Campus 60, 5656 AG, Eindhoven, The Netherlands. Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

27

EXHIBIT __4__ PAGE __212__

207.    Option NV S.A. (individual(s) not yet identified), 45 Kolonel Begaultlaan, B-3012 Leuven, Belgium.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

208.    Palm, Inc. (individual(s) not yet identified), 950 W. Maude Avenue, Sunnyvale, California.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

209.    Panasonic Mobile Communications Co., Ltd. (individual(s) not yet identified), 600 Saedo-cho, Tsuzuki-ku Yokohama-city, Kanagawa 224-8539.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

210.    Pantech Co., Ltd. (individual(s) not yet identified), Sinsong Center Bldg. 25-12, Yeiouido-dong, Yeoungdeungpo-gu, Seoul, Korea.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

211.    Planet Technology Corporation (individual(s) not yet identified), 11F, No. 96, Min Chuan Road, Hsin Tien, Taipei, Taiwan, R.O.C.  Subjects:  standard-setting/development efforts related to 3G mobile wireless technologies.

212.    Putian Capital Group (individual(s) not yet identified), No. 28, Xuan Wu Men, Xi Da Jie, Beijing 100053, China.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

213.    Renesas Technology Corp. (individual(s) not yet identified), Marunouchi Bldg., 4-1, Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-6334, Japan.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

EXHIBIT 4 PAGE 213

214.    Research In Motion Limited (individual(s) not yet identified), 295 Phillip Street, Waterloo, Ontario, Canada N2L 3W8. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

215.    Sagem SA (individual(s) not yet identified), 27, rue Leblanc, 75512 Paris Cedex 15. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

216.    Samsung Electronics Co. (individual(s) not yet identified), 250, 2-ga, Taepyung-ro, Chung-gu Seoul 100-742, South Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); standard-setting/development efforts related to B3G/4G mobile wireless technologies; and licensing practices of other CDMA or WCDMA intellectual property holders.

217.    Sanyo Electric Co., Ltd. (individual(s) not yet identified), 5-5 Keihan-Hondori, 2-chome, Moriguchi, Osaka 570-8677, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

218.    Seiko Instruments Incorporated (individual(s) not yet identified), Seavans North, 1-2-1, Shibaura, Minato-ku, Tokyo 105-8459, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

219.    Sejin Electron Incorporated (individual(s) not yet identified), 60-19, Gasan-Dong, Keumchon-Ku, Seoul, Korea 153-023. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

220.    Sendum Wireless Corporation (individual(s) not yet identified), 4500 Beedie St., Burnaby, British Columbia V5J 5L2, Canada. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile

EXHIBIT 4 PAGE 214

telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

221.    Sewon Telecom Ltd. (individual(s) not yet identified), 1077-2, Younyang-dong, Kimpo-si, Kyunggi-do, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

222.    Shanghai Huntel Technologies Co., Ltd. (individual(s) not yet identified), Room 820, Hongmei Business Center., No.8075 Humin Road, Xuhui District, Shanghai 200233, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

223.    SHARP Corporation (individual(s) not yet identified), 22-22 Nagaike-cho, Abeno-ku, Osaka 545-8522, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

224.    Siemens Aktiengesellschaft (individual(s) not yet identified), Wittelsbacherplatz 2, D-80333 Munich, Germany. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

225.    Sierra Wireless, Incorporated (individual(s) not yet identified), 13811 Wireless Way, Richmond, British Columbia V6V 3A4, Canada. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

226.    Silicon Laboratories (individual(s) not yet identified), 4635 Boston Lane, Austin, Texas 78735. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; design, pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

EXHIBIT __4__ PAGE __215__

227.    SK Telecom Co., Ltd. (individual(s) not yet identified), 11 Eulijiro, 2-ga, Jung-gu, Seoul 100-999, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

228.    Skyworks Solutions, Incorporated (individual(s) not yet identified), 20 Sylvan Rd., Woburn, Massachusetts 01801. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; design, pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

229.    SOMA Networks, Incorporated (individual(s) not yet identified), 312 Adelaide St. W., Suite 600, Toronto, Ontario M5V 1R2, Canada. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

230.    Sony Corporation (individual(s) not yet identified), 6-7-35 Kitashinagawa, Shinagawa-ku, Tokyo 141-0001, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

231.    Sony Ericsson Mobile Communications (individual(s) not yet identified), Sony Ericsson House, 202 Hammersmith Rd., London W6 7DN, United Kingdom. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

232.    Sprint Nextel Corporation (individual(s) not yet identified), 2001 Edmund Halley Drive, Reston, Virginia 20191. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; selecting mobile wireless technologies; Flarion, its technology and intellectual property holdings; and Qualcomm's proposed acquisition of Flarion.

233.    STMicroelectronics (individual(s) not yet identified), 39, Chemin du Camp des Filles, C.P. 21, CH 1228 Plan-les-Ouates, Geneva, Switzerland. Subjects: Qualcomm

31

EXHIBIT 4 PAGE 216

licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; design, pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

234.    Sungil Telecom Co., Ltd. (individual(s) not yet identified), Yongsan-gu Galwol-dong 92 Yongsan Bldg. 2nd Seoul, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

235.    Swisscom AG  (individual(s) not yet identified), CH – 3050 Berne, Swizterland. Subjects: Qualcomm licensing practices for WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies; and selecting mobile wireless technologies.

236.    Synertek, Incorporated (individual(s) not yet identified), Trade Tower Rm. 3808, World Trade Center, Samsung-dong, Kangnam-gu, Seoul 135-729, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

237.    TCL Corporation (individual(s) not yet identified), E. Yunshan Road, Jiangbei, Huizhou, Guangdong 516003, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

238.    Techfaith Wireless Communication Technology Limited (individual(s) not yet identified), 3/F M8 West, No. 1 Jiu Xian Qiao East Rd., Beijing 100016, China. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

239.    Telecom Italia S.p.A. (individual(s) not yet identified), Piazza degli Affari, 2-20123 Milan, Italy. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

EXHIBIT __4__ PAGE __217__

240.    Telecommunications Industry Association, TIA (individual(s) not yet identified), 2500 Wilson Blvd., Suite 300, Arlington, Virginia 22201, T: 703-907-7700). Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

241.    Telecommunications Technology Association, TTA (individual(s) not yet identified), 267-2 Seohyeon-dong, Bundang-gu, Seongnam-City, Gyonggi-do, Korea, T: 82 31 724 0114. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

242.    Telecommunications Technology Committee, TTC (individual(s) not yet identified), Hamamatsu-cho Suzuki Building, 1-2-11,Hamamatsu-cho,Minato-ku, Tokyo105-0013, Japan, T: 81 3 3432 1551. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

243.    Telefónica S.A. (individual(s) not yet identified), Gran Via 28, 29013 Madrid, Spain. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

244.    Telefonaktiebolaget LM Ericsson (individual(s) not yet identified), Torshamnsgatan 23, Kista, SE-164 83 Stockholm, Sweden. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; actual or potential litigation threatened by Qualcomm regarding the licensing of its CDMA or WCDMA technology patents or regarding sales of its CDMA or WCDMA ASICs; standard-setting/development efforts related to 3G mobile wireless technologies; selecting mobile wireless technologies; essentiality of declared CDMA and WCDMA patents; Flarion, its technology and intellectual property holdings; Qualcomm's proposed acquisition of Flarion; Qualcomm's B3G/4G mobile wireless technologies and intellectual property holdings; and standard-setting/development efforts related to B3G/4G mobile wireless technologies.

245.    TeliaSonera AB (individual(s) not yet identified), Sturegatan 1 SE-106 63 Stockholm, Sweden. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

246.    Telit Communications PLC (individual(s) not yet identified), 3 Nirim Street, Tel-Aviv 67060, Israel. Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of

33

EXHIBIT 4 PAGE 218

Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; standard-setting/development efforts related to 3G mobile wireless technologies

247.    Telular Corporation (individual(s) not yet identified), 647 N. Lakeview Pkwy, Vernon Hills, Illinois 60061. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

248.    Texas Instruments Incorporated (individual(s) not yet identified), 12500 TI Blvd., Dallas, Texas 75266. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; design, pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; actual or potential litigation threatened by Qualcomm regarding the licensing of its CDMA or WCDMA technology patents or regarding sales of its CDMA or WCDMA ASICs; standard-setting/development efforts related to 3G mobile wireless technologies; and essentiality of declared CDMA and WCDMA patents.

249.    The 3rd Generation Partnership Project, 3GPP (individual(s) not yet identified), ETSI Mobile Competence Centre, 650, route des Lucioles, 06921 Sophia-Antipolis Cedex, France, T: 33 (0)4 92 94 42 00. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

250.    The 3rd Generation Partnership Project 2, 3GPP2 (individual(s) not yet identified), 2500 Wilson Boulevard, Suite 300, Arlington, Virginia 22201, T: 703-907-7497. Subjects: standard-setting/development efforts related to 3G and B3G/4G mobile wireless technologies.

251.    T-Mobile USA, Incorporated (individual(s) not yet identified), 12920 S.E. 38th Street, Bellevue, Washington 98006. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

252.    Toshiba Corporation (individual(s) not yet identified), 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

EXHIBIT  4  PAGE 219

253. Ubistar Co., Ltd. (individual(s) not yet identified), 5/7/8/9/15F, SeoungDo Building, 587-23 SinsaDong, Gangnam-Gu, Seoul, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

254. Uniden Corporation (individual(s) not yet identified), 2-12-7 Hatchobori, Chuo-ku, Tokyo 104-8512, Japan. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

255. United Computer & Telecommunication, Incorporated (individual(s) not yet identified), 18902 Bardeen Ave, Irvine, California 92612. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

256. UTStarcom, Incorporated (individual(s) not yet identified), 1275 Harbor Bay Pkwy, Alameda, California 94502. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

257. Verizon Wireless (individual(s) not yet identified), 180 Washington Valley Road, Bedminster, New Jersey 07921. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

258. VIA Telecom, Incorporated (individual(s) not yet identified), 3390 Carmel Mountain Rd., San Diego, California, 92121. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

259. Vitelcom Mobile Technology S.A. (individual(s) not yet identified), Avda. Juan López Peñalver, 7, 29590 Campanillas, Málaga, Spain. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA

35

EXHIBIT 4   PAGE 220

mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

260.    VK Corporation (individual(s) not yet identified), Yoido P.O. Box 393, Seoul 150-603, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

261.    Vodafone Group plc (individual(s) not yet identified), The Connection, Newbury, Berkshire RG14 2FN, United Kingdom. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); licensing practices of other CDMA or WCDMA intellectual property holders; and selecting mobile wireless technologies.

262.    Wavecom S.A. (individual(s) not yet identified), 3, Esplanade du Foncet, 92442 Issy-les-Moulineaux, France. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

263.    Westech Korea, Incorporated (individual(s) not yet identified), 548-9, Gajwa 3-Dong, Seo-Gu, Incheon, 404-817, Korea. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

264.    Wherify Wireless, Incorporated (individual(s) not yet identified), 39111 Paseo Padre Pkwy., Suite 304, Fremont, California 94538. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

265.    Wide Telecom Co., Ltd. (individual(s) not yet identified), 514-1 Yatap-Dong, Pundang-Ku, Sungnam-Si, Kyunggi-Do, Korea 463-070. Subjects: Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

EXHIBIT 4 PAGE 221

266.    ZTE Corporation (Zhongxing Telecommunications Equipment Corp.) (individual(s) not yet identified), Keji Road South, Hi-Tech Industrial Park, Shenzhen 518057, China.  Subjects:  Qualcomm licensing practices for CDMA technology, WCDMA technology, GSM/GPRS/EDGE technology, and H.264 technology; pricing and supply of Qualcomm ASICs for CDMA or WCDMA mobile telecommunications devices (or for similar uses); and licensing practices of other CDMA or WCDMA intellectual property holders.

In addition to the above-named individuals, other persons identified in the documents described in Section B below may have discoverable information that Broadcom may use to support its claims.  Broadcom reserves the right to seek discovery from, and relating to, other persons that may subsequently become known as persons likely to have discoverable information.  The foregoing list also does not include experts and/or consultants who might be retained.

**B.    Relevant Documents and Tangible Things**

The types of documents Broadcom may use in support of its claims include but are not limited to:  strategic plans, market studies, sales projections, cost analyses, marketing materials, pricing information, product materials, internal and external correspondence (including negotiation correspondence), draft and final license agreements, and meeting notes and presentations.  Some of these documents are currently in the possession of Broadcom and many already have been produced to Qualcomm.  Broadcom's paper files are located at various Broadcom offices, including its Irvine, California office (5300 California Ave., Irvine, CA 92617), its Matawan, New Jersey office (100 Matawan Road, Suite 210, Matawan, NJ 07747), its San Diego, California office (15434 Innovation Drive, San Diego, CA 92128), its Sunnyvale, California office (190 Mathilda Place, Sunnyvale, CA 94086), and its Tempe, Arizona office (1131 West Warner St., Suite 104, Tempe, AZ 85284).  Broadcom's electronic files are stored on servers located at the aforementioned locations and at Broadcom's San Jose, California office

EXHIBIT __4__ PAGE 222

(3151 Zanker Road, San Jose, CA 95134) and also locally on hard drives and other electronic storage media that Broadcom provides for its employees' use in undertaking their employment with Broadcom, which generally are located at those employees' offices in the aforementioned locations.

Broadcom may also support its claims with documents currently in the possession of Defendant and of third-parties. To the extent any documents are produced in this case in response to any party's document request or subpoena, the documents should be considered disclosed for purposes of Broadcom's obligations under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure.

Based upon information reasonably available to Broadcom at the present time, the subject matters of the documents that Broadcom may use to support its claims include the following:

- Operations and policies of organizations that have developed or are developing standards related to mobile wireless technology (including adoption of 3G technology and subsequent generations of technology) and video compression technology, and Defendant's participation in those processes.

- Mobile wireless technology and video compression technology markets and the ability of carriers and manufacturers to switch from one mobile wireless technology to another.

- Mobile wireless and video compression technology and product markets in general, including UMTS/WCDMA, GSM, GPRS, and EDGE technology markets.

- Competition for the sale of ASICs for use in mobile wireless handsets.

- Defendant's plans to market and sell ASICs for use in mobile wireless handsets.

- Defendant's plans related to its mobile wireless technology (including CDMA, WCDMA, GSM, GPRS, EDGE, and CDMA EVDO) and video compression technology.

- Defendant's plans related to any mobile wireless technology for or beyond 3G technologies.

38



EXHIBIT ___4___ PAGE __223__

- Defendant's licenses or offers to license any of its patents relating to mobile wireless technology and video compression technology, and Defendant's licensing practices for technology related to mobile wireless telephony and video compression.

- Pricing and supply of Defendant's ASICs for mobile wireless handsets and for video compression.

- Defendant's practices as to mobile wireless handset manufacturers that are or were considering purchasing or that are or were purchasing ASICs from a supplier other than Defendant.

- Defendant's practices as to mobile wireless handset manufacturers that are or were considering purchasing or that are or were purchasing ASICs exclusively or on preferential terms from Defendant.

- Defendant's communications with any purchaser of ASICs regarding any person's rights to make or sell ASICs for mobile wireless communications or video compression.

- Actual or potential litigation threatened or filed by Defendant regarding the licensing of its patents relating to mobile wireless technology, video compression technology, or regarding sales of its ASICs for mobile wireless handsets or video compression, including actual and threatened litigation against Broadcom and Broadcom's customers and potential customers.

- Licensing practices of intellectual property holders other than Defendant for mobile wireless technology and video compression technology.

**C.    Computation of Damages**

Because discovery is just underway, Broadcom has not yet calculated its damages. Such calculations will involve assessments of information not yet collected and/or reviewed, as well as expert analysis. Broadcom anticipates calculating its damages in connection with preparing its disclosures under Rule 26(a)(2) of the Federal Rules of Civil Procedure, and will make any disclosures required under that Rule at the time specified herein, or as the court otherwise orders.

39

EXHIBIT 4 PAGE 224

D.    **Insurance Agreement**

Broadcom is not currently aware of any insurance agreement under which any

person carrying on an insurance business may be liable to satisfy part or all of a judgment that

may be entered in this action or to indemnify or reimburse for payments made to satisfy a

judgment.

Dated:  December 21, 2007

George S. Cary (admitted *pro hac vice*)
Mark W. Nelson (admitted *pro hac vice*)
Steven J. Kaiser
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500    Fax: (202) 974-1999

David S. Stone (DSS-8580)
Boies, Schiller & Flexner LLP
150 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 218-1111    Fax: (973) 218-1106

David Boies (admitted *pro hac vice*)
David A. Barrett (admitted *pro hac vice*)
Steven C. Holtzman (admitted *pro hac vice*)
Scott E. Gant
W. Fred Norton
Kieran P. Ringgenberg

Boies, Schiller & Flexner LLP
570 Lexington Avenue
New York, NY 10022
(212) 446-2300    Fax: (212) 446-2350

*Counsel for Plaintiff Broadcom Corporation*

EXHIBIT 4 PAGE 225

### PROOF OF SERVICE

I, Steven J. Kaiser, declare:

I am a citizen of the United States and employed in Washington, D.C. I am over the age of eighteen years and not a party to the within action. My business address is 2000 Pennsylvania Avenue, N.W., Washington, D.C., 20006-1801. On [DATE], 2005, I served a copy of the following document: *Broadcom Corporations's Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*.

☒   by transmitting via email the document(s) listed above on this date.

☐   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Washington, D.C. addressed as set forth below.

☐   by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

For Defendant Qualcomm Incorporated:

William J. O'Shaughnessy
McCarter & English
Four Gateway Center
100 Mulberry Street

Evan R. Chesler
Peter T. Barbur
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019-7475

Counsel for Defendant Qualcomm Incorporated

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 21, 2007, at Washington, D.C.

41

EXHIBIT __4__ PAGE __226__