William J. O'Shaughnessy (WJO 5256)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
Karin A. DeMasi
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Richard S. Taffet
Philip L. Blum
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7000

Robert N. Feltoon
**CONRAD O'BRIEN GELLMAN & ROHN, P.C.**
1515 Market Street, Suite 1600
Philadelphia, PA 19102
(215) 864-8064

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff.<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Civil Action No. 05-3350 (MLC) |

**QUALCOMM INCORPORATED'S SUPPLEMENTAL RULE 26(a)(1)
DISCLOSURES**

EXHIBIT 5 PAGE 221

Defendant QUALCOMM Incorporated ("Qualcomm") hereby submits the following supplemental disclosures pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure. The following supplemental disclosures are intended to supplement Qualcomm Incorporated's Amended and Supplemental Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, dated December 21, 2007 (the "Amended and Supplemental Initial Disclosures"). Qualcomm has not fully completed its investigation into its claims and/or defenses herein and makes these disclosures based solely upon information reasonably available to it to date and reserves the right to amend or further supplement: (i) these supplemental disclosures and (ii) the Amended and Supplemental Initial Disclosures. Qualcomm makes these disclosures subject to, and without waiver of, any attorney-client, work product or other applicable privileges or immunities.

**A.i. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Based upon the information reasonably available to Qualcomm at the present time, the following individuals may have discoverable information, relating to the bracketed subjects, that Qualcomm may use to support its defenses herein.

1. Heikki Ahava
*Vice President of Research and Standardisation*
Nokia Group Finland
Nokia Head Office
Keilalahdentie 2-4
P.O. Box 226
FIN-00045
[Nokia's licensing policies and practices; Nokia's policies and practices with regard to intellectual property rights ("IPR") disclosure and the making of FRAND commitments to standards development organizations ("SDOs"); Nokia's participation in technical SDOs]

2

EXHIBIT 5 PAGE 228

2.    Skott Ahn
      *Executive Vice President / Head of Mobile Commc'ns Co.*
      LG Electronics Inc.
      LG Twin Towers 20
      Yeouido-dong, Yeongdeungpo-gu
      Seoul, Korea 150-721
      [LG Electronics Inc.'s practices with regard to purchasing chips for use in
      broadband wireless communications devices; LG Electronics Inc.'s
      evaluation of Broadcom's wireless communications chips and
      Qualcomm's wireless communications chips; LG Electronics Inc.'s
      business plan with respect to purchasing chips for broadband wireless
      communications devices]

3.    Kasim Alfalahi
      *Vice President of Patent Licensing*
      Telefonaktiebolaget LM Ericsson
      Torshamnsgatan 23, Kista
      164 83 Stockholm, Sweden
      Tel: +46 8 719 00 00
      [Interpretation and application of the European Telecommunications
      Standards Institute ("ETSI") IPR policy; Interpretation and application of
      the ETSI FRAND licensing policy; Ericsson's licensing practices;
      Ericsson's practice with regard to IPR disclosure and the making of
      FRAND commitments to ETSI; Project Stockholm]

4.    Mr. Hidehito Aoyagi
      *Project Manager, Technical Sales Division, Mobile Commc'n Group*
      NEC Corporation
      Tel: +044 435 9492
      [Qualcomm's licensing practices]

5.    George W. Arnold
      *President of the Institute of Electrical and Electronics Engineers*
      *("IEEE") Board of Governors*
      Deputy Director, Technology Services
      National Institute of Standards and Technology
      Gaithersburg, MD 20899
      [IEEE disclosure rules, including the rules concerning participant IPR and
      affiliation disclosure; Suspension of the IEEE 802.20 Working Group in
      June 2006; Appeals concerning the IEEE 802.20 Working Group]

EXHIBIT _5_ PAGE _229_

6.      Larry Bassuk
        Texas Instruments Incorporated
        13510 North Central Expressway, Mail Station 219
        P.O. Box 655474
        Dallas, Texas 75243
        Tel: 214 917 5458
        [Interpretation and application of the ETSI IPR policy; Interpretation and
        application of the ETSI FRAND licensing policy; Texas Instruments'
        practice with regard to IPR disclosure and the making of FRAND
        commitments to ETSI]

7.      Andrew Bell
        *Vice President Systems Engineering*
        Zinwave Ltd.
        Harston Mill
        Harston, Cambridge CB22 7GG, UK
        [ETSI's selection of WCDMA for the UMTS standard, including
        knowledge of IPRs disclosed for the candidate technologies]

8.      Richard Buttrick
        *Sr. Vice President IP Licensing*
        Philips GmBH
        1251 Avenue of the Americas
        New York, NY 10020
        [Interpretation and application of the ETSI IPR policy; Interpretation and
        application of the ETSI FRAND licensing policy]

9.      Xuemin ("Sherman") Chen
        *Sr. Technical Director, Broadband Systems Engineering Group*
        Broadcom Corporation
        5300 California Avenue
        Irvine, CA 92617
        [Video compression technology standards; Development of the H.264
        video compression standard; JVT history, policies and procedures; IPR
        disclosure practices of JVT participants; Broadcom's participation in the
        JVT; Video compression industry; Broadcom's video compression
        products]

10.     Yossi Cohen
        *Sr. Vice President & General Manager, Mobile Platforms Group*
        Broadcom Corporation
        5300 California Avenue
        Irvine, CA 92617
        [Project Koala; Project Stockholm; Broadcom's wireless communications
        business; Broadcom's bad faith in negotiating licenses with Qualcomm;
        Broadcom's theft of Qualcomm trade secrets; Broadcom/Samsung Cabrio
        project]

4

EXHIBIT _5_ PAGE _230_

11.    R. Gregory (Greg) Delagi
       *Sr. Vice President & Gen. Mngr. of Wireless Terminals Bus. Unit*
       Texas Instruments Incorporated
       13510 North Central Expressway, Mail Station 219
       Post Office Box 655474
       Dallas, Texas 75243
       Tel: 214 917 5458
       [Project Stockholm; Texas Instruments' wireless communications
       business, including Texas Instruments' market shares, Texas Instruments'
       wireless communications chips and Texas Instruments' evaluation of
       Broadcom's wireless communications chips and Qualcomm's wireless
       communications chips]

12.    Prof. Dr. Hermann Eul
       *Group Vice President and Gen. Mngr. of Commc'n Solutions Bus. Group*
       Infineon Technologies AG
       Am Campeon 1-12
       Neubiberg, 85579 Germany
       Tel:  +49 892 340 2166
       [Project Stockholm; Infineon Technologies' wireless communications
       business, including Infineon Technologies' market shares, Infineon
       Technologies' wireless communications chips and Infineon Technologies'
       evaluation of Broadcom's wireless communications chips and
       Qualcomm's wireless communications chips]

13.    Tim Frain
       Nokia Group Finland
       Nokia Head Office
       Keilalahdentie 2-4
       P.O. Box 226
       FIN-00045
       [Interpretation and application of the ETSI IPR policy; Interpretation and
       application of the ETSI FRAND licensing policy; Nokia's practice with
       regard to IPR disclosure and the making of FRAND commitments to
       ETSI; ETSI's selection of WCDMA for the UMTS standard]

EXHIBIT  5  PAGE 231

14.   Choi Gee-sung
      *President, Telecommunications Division*
      Samsung Electronics Co. Ltd.
      250, 2-ga, Taepyong-ro, Jung-gu
      Seoul 100-742, South Korea
      Tel:  +82 2 727 7114
      [Project Stockholm; Samsung's wireless communications business,
      including Samsung's market shares, Samsung's wireless communications
      chips and Samsung's evaluation of Broadcom's wireless communications
      chips and Qualcomm's wireless communications chips; Samsung's
      business plan with respect to purchasing chips for broadband wireless
      communications devices]

15.   Stephen Gordon
      *Director of Engineering and Advanced Development*
      Broadcom Corporation
      200 Brickstone Square, 4th Floor
      Andover, MA 01810
      [Creation and adoption of the H.264 standard and the H.264 chip;
      Broadcom's H.264-compliant products; JVT history, policies and
      procedures; IPR disclosure practices of JVT participants; Broadcom's
      participation in the JVT]

16.   Mikael Gudmundson
      *Program Director, UMTS Evolution*
      Telefonaktiebolaget LM Ericsson
      Torshamnsgatan 23, Kista
      164 83 Stockholm, Sweden
      Tel: +46 8 719 00 00
      [ETSI's selection of WCDMA for the UMTS standard, including
      knowledge of IPRs disclosed for the candidate technologies]

17.   Harri Honkasalo
      *Director of Patent Filing and Prosecution*
      Nokia Group Finland
      Nokia Head Office
      Keilalahdentie 2-4
      P.O. Box 226
      FIN-00045
      [Nokia's licensing policies and practices; Nokia's policies and practices
      with regard to IPR disclosure and the making of FRAND commitments to
      SDOs; Nokia's participation in technical SDOs]

EXHIBIT  5  PAGE 232

18. Dr. Kouichi Honma
    *Director*
    Matsushita Communication Industrial Co., Ltd.
    Mobile Telecommunication Systems Dev. Center
    Telecom Research Laboratory
    600, Saedo-CHO, Tsuzuki-KU,
    Yokohama, 224 Japan
    Tel: +81 45 939 1284
    [Qualcomm's licensing practices]

19. Victor Hou
    Broadcom Corporation
    5300 California Avenue
    Irvine, CA 92617
    [Broadcom's activities in the IEEE 802.20 Working Group]

20. Brian Hyde
    *Sr. Marketing Manager*
    Broadcom Corporation
    5300 California Avenue
    Irvine, CA 92617
    [Marketing of Broadcom's mobile wireless communications chips;
    Broadcom's theft of Qualcomm trade secrets; Broadcom/Samsung Cabrio
    project]

21. Mr. Takashi Iwata
    *General Manager, Industry Relations Div., Intellectual Property Group*
    Fujitsu Limited
    1-1, Kamikodanaka 4-chome, Nakahara-ku, Kawasaki
    211-8588, Japan
    Tel: +81 44 754 8641
    [Qualcomm's licensing practices]

22. Helene Jay (nee Lafferre)
    *Director of Licensing Programs and Business Development*
    c/o Via Licensing Corporation
    EU Office, Nieuw Vennep, 2151 DC
    Netherlands
    Tel: +33 5 34 57 40 32
    [Creation, interpretation and application of the ETSI IPR policy;
    Interpretation and application of the ETSI FRAND licensing policy;
    Industry practice with regard to IPR disclosure and the making of FRAND
    commitments to ETSI; ETSI's selection of WCDMA for the UMTS
    standard; Qualcomm's IPR disclosure to ETSI prior to the selection of
    WCDMA for the UMTS standard]

7

EXHIBIT 5 PAGE 233

23.    <u>Olli-Pekka Kallasvuo</u>
       *Chief Executive Officer, President, Director*
       Nokia Group Finland
       Nokia Head Office
       Keilalahdentie 2-4
       P.O. Box 226
       FIN-00045
       [Project Stockholm; Nokia's evaluation of Broadcom's wireless
       communications chips; Nokia's motivation for purchasing Broadcom's
       wireless communications chips; Nokia's sale of its Integrated Circuit (IC)
       operations to STMicroelectronics; Nokia's business plan with respect to
       purchasing chips for broadband wireless communications devices]

24.    <u>Mr. Hidehiko Katayama</u>
       *Assistant Manager, Corporate Licensing Department*
       Mitsubishi Electric Corporation
       2-2-3, Marunouchi Chiyoda-Ku, Tokyo 100-8310, Japan
       Tel: +81 3 3218 3676
       [Qualcomm's licensing practices]

25.    <u>Mr. Hisashi Kato</u>
       *Deputy General Manager, Corporate Licensing*
       Mitsubishi Electric Corporation
       2-2-3, Marunouchi Chiyoda-Ku, Tokyo 100-8310, Japan
       Tel: +81 3 3218 3676
       [Qualcomm's licensing practices]

26.    <u>Young Kim</u>
       *Technical Director*
       Broadcom Corporation
       5300 California Avenue
       Irvine, CA 92617
       [Broadcom's theft of Qualcomm trade secrets]

27.    <u>Thomas Kolze</u>
       Broadcom Corporation
       5300 California Avenue
       Irvine, CA 92617
       [Broadcom's activities in the IEEE 802.20 Working Group]

8

EXHIBIT 5 PAGE 234

28. <u>Hideki "Dick" Komiyama</u>
    *Chief Executive Officer*
    Sony Ericsson Mobile Communications AB
    Nya Vattentornet
    SE-221 88 Lund
    Sweden
    [Project Stockholm; Sony Ericsson's wireless communications business, including Sony Ericsson's market shares, Sony Ericsson's wireless communications chips and Sony Ericsson's evaluation of Broadcom's wireless communications chips; Sony Ericsson's business plan with respect to purchasing chips for broadband wireless communications devices]

29. <u>Mr. Naoki Kyomoto</u>
    *Patent Attorney, General Manager, Intellectual Property Division*
    NEC Corporation
    7-1, Shiba 5-chome, Minato-Ku, Tokyo 108-8001, Japan
    Tel: +81 3 3798 8420
    [Qualcomm's licensing practices]

30. <u>Mr. Kazuhito Kuratani</u>
    *Department General Manager*
    Sharp Corporation
    Licensing Department II
    Intellectual Property Group
    22-22, Nagaike-Cho, Abeno-Ku
    Osaka 545-8522, Japan
    Tel: + 81 6 6606 5496
    [Qualcomm's licensing practices]

31. <u>Ajay Luthra</u>
    *Co-Chairman of the Joint Video Team ("JVT")*
    Motorola, BCS
    6420 Sequence Drive
    San Diego, CA  92121
    [JVT history, policies and procedures; Broadcom's participation in JVT; Creation and adoption of the H.264 standard; IPR disclosure practices of JVT participants]

EXHIBIT  5  PAGE 235

32.  Alexander ("Sandy") MacInnis
     *Sr. Technical Director of Digital Video Technology ("DVT")*
     Broadcom Corporation
     2370 E. Stadium Blvd., No. 42
     Ann Arbor, MI 48104-4811
     [The video compression industry and users; Video compression
     technology; JVT history, policies and procedures; IPR disclosure practices
     of JVT participants; Creation and adoption of the H.264 standard;
     Broadcom's participation in the JVT; Broadcom's H.264-compliant
     products]

33.  Scott McGregor
     *President and Chief Executive Officer*
     Broadcom Corporation
     5300 California Avenue
     Irvine, CA 92617
     [Project Koala; Project Stockholm; Broadcom's wireless communications
     business; Broadcom's bad faith in negotiating licenses with Qualcomm;
     Broadcom/Samsung Cabrio project]

34.  Scott F. Migaldi
     *Director of Wireless Broadband Standards*
     Motorola, BCS
     6420 Sequence Drive
     San Diego, CA 92121
     [The IEEE 802.20 Working Group; Use of consultants and affiliation
     disclosure practices in the IEEE 802.20 Working Group; Suspension of
     the IEEE 802.20 Working Group in June 2006; Appeals concerning the
     IEEE 802.20 Working Group]

35.  Steve M. Mills
     *Chair (IEEE SASB)*
     c/o Hewlett Packard Labs
     1501 Page Mill Road
     Palo Alto, CA 94304
     [IEEE disclosure rules, including the rules concerning participant IPR and
     affiliation disclosure; The IEEE 802.20 Working Group Project
     Authorization Request and its extension; Development of the IEEE 802.20
     standard; Qualcomm's and Broadcom's participation in the IEEE 802.20
     Working Group; Suspension of the IEEE 802.20 Working Group in June
     2006; Appeals concerning the IEEE 802.20 Working Group;
     Reorganization of the IEEE 802.20 Working Group following the June
     2006 suspension]

10

EXHIBIT __5__ PAGE _236_

36.  James F. Mollenauer
     Technical Strategy Associates
     37 Silver Birch Road
     Waban, MA 02468-2331
     Tel: 617 244 0077
     [The IEEE 802.20 Working Group; Use of consultants and affiliation
     disclosure practices in the IEEE 802.20 Working Group; Suspension of
     the IEEE 802.20 Working Group in June 2006; Appeals concerning the
     IEEE 802.20 Working Group]

37.  Paul Nikolich
     *Chair of the IEEE 802 Executive Committee*
     Institute of Electrical and Electronics Engineers
     IEEE Corporate Office
     3 Park Avenue, 17th Floor
     New York, NY 10016-5997
     [IEEE disclosure rules, including the rules concerning participant IPR and
     affiliation disclosure; The IEEE 802.20 Working Group Project
     Authorization Request and its extension; IEEE 802.20 Working Group
     elections; Development of the IEEE 802.20 standard; Suspension of the
     IEEE 802.20 Working Group in June 2006; Appeals concerning the IEEE
     802.20 Working Group; Use of consultants in the IEEE 802.20 Working
     Group; IEEE decision to adopt entity voting]

38.  Mr. Takuro Oguchi
     *Director Network Systems Group*
     Fujitsu Limited
     Nakahara Bldg., 12-5 Shimokodanaka 2-chome
     Nakahara-ku, Kawasaki 211-0041, Japan
     Tel: +81 44 754 4024
     [Qualcomm's licensing practices]

39.  Bob O'Hara
     *IEEE Executive Committee member*
     The Aerospace Corporation
     2350 E. El Segundo Blvd.
     El Segundo, CA 90245-4691
     [IEEE disclosure rules, including the rules concerning participant IPR and
     affiliation disclosure; Qualcomm's and Broadcom's participation in the
     IEEE 802.20 Working Group; Suspension of the IEEE 802.20 Working
     Group in June 2006]

EXHIBIT _5_ PAGE _237_

40.   Jorma Ollila
      *Non-Executive Chairman of the Board*
      Nokia Group Finland
      Nokia Head Office
      Keilalahdentie 2-4
      P.O. Box 226
      FIN-00045
      [Project Stockholm; Nokia's evaluation of Broadcom's wireless
      communications chips; Nokia's motivation for purchasing Broadcom's
      wireless communications chips; Nokia's sale of its Integrated Circuit (IC)
      operations to STMicroelectronics; Nokia's business plan with respect to
      purchasing chips for broadband wireless communications devices]

41.   Mr. Shohei Osato
      *Manager, Licensing Department, Intellectual Property Division*
      NEC Corporation
      7-1, Shiba 5-chome, Minato-Ku, Tokyo 108-8001, Japan
      Tel: 81 3 3798 6989
      [Qualcomm's licensing practices]

42.   Ake Persson
      *Former Director of CDMA Systems and President of Ericsson Wireless
      Commc'ns (San Diego)*
      Address unknown
      [ETSI's selection of WCDMA for the UMTS standard, including
      knowledge of IPRs disclosed for the candidate technologies; Qualcomm's
      license negotiations and practices prior to ETSI's selection of WCDMA
      for the UMTS standard]

43.   Jose Puthelkaman
      *WiMAX Standards Manager*
      Intel Corporation
      2200 Mission College Blvd
      SC4-203
      Santa Clara, CA 95054-1549
      [IEEE disclosure rules, including the rules concerning participant IPR and
      affiliation disclosure; The IEEE 802.20 Working Group Project
      Authorization Request and its extension; Development of the IEEE 802.20
      standard; Suspension of the IEEE 802.20 Working Group in June 2006;
      Appeals concerning the IEEE 802.20 Working Group; Development of the
      IEEE 802.16e standard; The initial and revised Project Authorization
      Request for the proposed 802.16e standard]

EXHIBIT 5 PAGE 236

44.    Serge Raes
       *Chair of International Telecommunications Union ("ITU") IPR
       Commission*
       c/o France Telecom
       38-40, rue du General Leclerc
       F-92794 Issy Les Moulineaux Cedex 9
       France
       Tel: +33 1 4529 6007
       [Creation, interpretation and application of the ETSI IPR policy;
       Interpretation and application of the ETSI FRAND licensing policy;
       Industry practice with regard to IPR disclosure and the making of FRAND
       commitments to ETSI; ETSI's selection of WCDMA for the UMTS
       standard]

45.    Ilkka Rahnasto
       Nokia Corporation
       Keilalahdentie 2-4,
       FI-02150 Espoo, Finland
       Tel: +358 (0) 7180 08000
       [Interpretation and application of the ETSI IPR policy; Interpretation and
       application of the ETSI FRAND licensing policy; Nokia's licensing
       policies and practices; Nokia's policies and practices with regard to IPR
       disclosure and the making of FRAND commitments to ETSI; ETSI's
       selection of WCDMA for the UMTS standard]

46.    Robert Rango
       Broadcom Corporation
       5300 California Avenue
       Irvine, CA 92617
       [Project Koala; Project Stockholm; Broadcom's wireless communications
       business, Broadcom's bad faith in negotiating licenses with Qualcomm;
       Broadcom/Samsung Cabrio project]

47.    Ron Resnick
       *WiMAX Forum President and Chairman*
       Intel Corporation
       2200 Mission College Blvd.
       Santa Clara, CA 95054
       [Development of the IEEE 802.20 standard; The IEEE 802.20 Working
       Group Project Authorization Request and its extension; Development of
       the IEEE 802.16e standard; The initial and revised Project Authorization
       Request for the proposed 802.16e standard]

EXHIBIT ___5___ PAGE 239

48.  Karl Heinz Rosenbrock
     *Former Director General of ETSI*
     Am Heidenstock 6
     64807 Dieburg
     Germany
     [Creation, interpretation and application of the ETSI IPR policy;
     Interpretation and application of the ETSI FRAND licensing policy;
     Industry practice with regard to IPR disclosure and the making of FRAND
     commitments to ETSI; ETSI's selection of WCDMA for the UMTS
     standard]

49.  Henry Samueli
     Broadcom Corporation
     5300 California Avenue
     Irvine, CA 92617
     [Project Koala; Project Stockholm; Broadcom's wireless communications
     business]

50.  Greg Stephenson
     Broadcom Corporation
     5300 California Avenue
     Irvine, CA 92617
     [Project Koala; Project Stockholm]

51.  Gary Sullivan
     *Chairman of the Joint Video Team*
     Microsoft Corporation
     One Microsoft Way
     Redmond, WA 98052
     Tel:  425 703 5308
     [JVT history, policies and procedures; Broadcom's participation in JVT;
     Creation and adoption of the H.264 standard; IPR disclosure practices of
     JVT participants]

52.  Jonas Sundborg
     Telefonaktiebolaget LM Ericsson
     Torshamnsgatan 23, Kista
     164 83 Stockholm, Sweden
     Tel: +46 8 719 00 00
     [Interpretation and application of the ETSI IPR policy; Interpretation and
     application of the ETSI FRAND licensing policy; Ericsson's licensing
     practices; Ericsson's practice with regard to IPR disclosure and the
     making of FRAND commitments to ETSI; ETSI's selection of WCDMA
     for the UMTS standard]

EXHIBIT __5__ PAGE __240__

53.    <u>Mr. Takanori Takino Ph. D.</u>
*Manager D002 Team Project Communication Systems Group*
Sharp Corporation
1-9-2, Nakase, Mihama-Ku, Chiba-Shi
Chiba 261-8520 Japan
Tel: +81 43 299 6601
[Qualcomm's licensing practices]

54.    <u>Anna Tee</u>
Samsung Telecommunications America
Samsung Electronics
1301 E. Lookout Dr.
Richardson, TX 75082
Tel:  972 761 7437
[IEEE disclosure rules, including the rules concerning participant IPR and
affiliation disclosure; The IEEE 802.20 Working Group Project
Authorization Request and its extension; IEEE 802.20 Working Group
elections; Development of the IEEE 802.20 standard; Suspension of the
IEEE 802.20 Working Group in June 2006; Appeals concerning the IEEE
802.20 Working Group; Use of consultants in the IEEE 802.20 Working
Group]

55.    <u>Richard K. Templeton</u>
*Director, President and Chief Executive Officer*
Texas Instruments Incorporated
12500 TI Boulevard
P.O. Box 660199
Dallas, Texas 75266-0199
[Project Stockholm; Texas Instruments' wireless communications
business, including Texas Instruments' market shares, Texas Instruments'
wireless communications chips and Texas Instruments' evaluation of
Broadcom's wireless communications chips and Qualcomm's wireless
communications chips]

56.    <u>Patricia Thaler</u>
*Vice-Chair of IEEE 802 and 802 Executive Committee member*
Broadcom Corporation
5300 California Avenue
Irvine, CA 92617
[IEEE disclosure rules, including the rules concerning participant IPR and
affiliation disclosure; Broadcom's participation in the IEEE 802.20
Working Group; Suspension of the IEEE 802.20 Working Group in June
2006; Appeals concerning the IEEE 802.20 Working Group]

EXHIBIT 5 PAGE 241

57.   Antti Toskla
      *Senior Standardisation Manager*
      Nokia Siemens Networks
      Keilalahdentie 2-4,
      FI-02150 Espoo, Finland
      Tel: +358 (0) 7180 08000
      [FRAMES study of 3G air interfaces; ETSI's selection of WCDMA for
      the UMTS standard, including knowledge of IPRs disclosed for the
      candidate technologies; Development of the UMTS standard]

58.   Kiyoyuki Tsujimara
      *Executive Vice President and Managing Director of Products and
      Services Division*
      NTT DoCoMo, Inc.
      Sanno Park Tower, 11-1 Nagatacho-2-chome, Chiyoda-ku
      Tokyo, Japan 100-6150
      [ETSI's selection of WCDMA for the UMTS standard]

59.   Shannon Tyson
      Broadcom Corporation
      8303 Mopac Expressway
      North Austin, Texas 78759
      [Broadcom's interpretation and application of the IPR disclosure policies
      of the relevant SDOs; Broadcom's standardization activities]

60.   Thomas Wiegand
      *Co-Chairman of the JVT*
      Heinrich Hertz Institute,
      Einsteinufer 37
      10587 Berlin, Germany
      [JVT history, policies and procedures; Broadcom's participation in JVT;
      Creation and adoption of the H.264 standard; IPR disclosure practices of
      JVT participants]

61.   Joanne Wilson
      Address unknown
      formerly with Arraycomm
      2480 North First Street, Suite 200
      San Jose, CA 95131-1014
      Tel:  408 428 9080
      [IEEE disclosure rules, including the rules concerning participant IPR and
      affiliation disclosure; The IEEE 802.20 Working Group Project
      Authorization Request and its extension; IEEE 802.20 Working Group
      elections; Development of the IEEE 802.20 standard; Suspension of the
      IEEE 802.20 Working Group in June 2006; Appeals concerning the IEEE
      802.20 Working Group]

EXHIBIT ___5___ PAGE 242

62.    Mr. Koichi Yamada
       *Director*
       Matsushita Communication Industrial Co., Ltd.
       Intellectual Property Center
       600, Saedo-cho, Tsuzuki-ku, Yokohama, 224-8539, Japan
       Tel: +81 45 939 1261
       [Qualcomm's licensing practices]

63.    Mr. Hachizou Yamamoto
       *Manager, Licensing Department*
       Sharp Corporation
       Intellectual Property Group
       22-22, Nagaike-Cho, Abeno Ku, Osaka 545-8522, Japan
       Tel: +81 6 6606 5495
       [Qualcomm's licensing practices]

64.    Wolfgang Ziebart
       *Chairman of the Management Board, President, Chief Executive Officer*
       Infineon Technologies AG
       Am Campeon 1-12
       Neubiberg, 85579 Germany
       Tel: +49 892 340 2166
       [Project Stockholm; Infineon Technologies' wireless communications
       business, including Infineon Technologies' market shares, Infineon
       Technologies' wireless communications chips and Infineon Technologies'
       evaluation of Broadcom's wireless communications chips and
       Qualcomm's wireless communications chips]

17

EXHIBIT ___5___ PAGE 243

February 29, 2008

CRAVATH, SWAINE & MOORE LLP

by

Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer
Karin A. DeMasi

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
(212) 474-1000

MCCARTER & ENGLISH, LLP
William J. O'Shaughnessy (WJO 5256)
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

BINGHAM McCUTCHEN LLP
Richard S. Taffet
Philip L. Blum
399 Park Avenue
New York, NY 10022
(212) 705-7000

CONRAD O'BRIEN GELLMAN & ROHN, P.C.
Robert N. Feltoon
1515 Market Street, Suite 1600
Philadelphia, PA 19102
(215) 864-8064

*Attorneys for Defendant*

EXHIBIT 5 PAGE 244

RECEIVED

DEC 0 4 2007

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30_____M
WILLIAM T. WALSH
CLERK

BROADCOM CORPORATION,

       Plaintiff,

       v.

QUALCOMM INCORPORATED

       Defendant

: Civil Action No. 05-3350 (MLC)
:
:
:
:
:
: AMENDED PRETRIAL
: SCHEDULING ORDER
:
:
:
:
:

The Court having considered the positions of the Parties as set forth in both their written submissions and in a conference call held on November 26, 2007, and good cause having been shown;

IT IS on this _30 dt_ day of _November, 2007_

ORDERED THAT:

    1.   The Parties will complete fact discovery in this case on or before December 19, 2008. No fact discovery will issue beyond that date, except upon motion and for good cause shown.

    2.   The Parties will complete expert discovery in this case on or before March 27, 2009. Affirmative expert reports will be submitted on or before January 27, 2009. Responsive expert reports will be submitted on or before February 27, 2009. Expert depositions will be complete on or before March 27, 2009.

    3.   Defendant must respond to Plaintiff's second amended complaint no later than December 21, 2007. If Defendant responds by filing a motion to dismiss, Plaintiff must file its opposition no later than January 25, 2008. Any reply by Defendant must be filed no later than February 15, 2008.

    4.   In accordance with Fed. R. Civ. P. 30, the Parties shall be limited to no more than 40 depositions per side (multiple day depositions by specific agreement of counsel or by order of the Court, and each deponent to be counted as one deposition) except upon leave of the Court. In accordance with Fed. R. Civ. P. 33, the Parties will be limited to 35 interrogatories (including all subparts), per Party, exclusive of any interrogatories served on or before September 1, 2006, except with leave of the Court.

1

EXHIBIT __6__ PAGE __245__

5.    In accordance with Fed. R. Civ. P. 26(a)(1), each Party will submit a letter, on or before <u>December 21, 2007,</u> to the undersigned certifying that initial disclosure has been made.  This material will not be filed with the Clerk of Court.

6.    Notwithstanding the pendency of any motion to dismiss, and regardless of whether Defendant has served and filed an answer, Defendant shall serve and file counterclaims no later than <u>February 29, 2008</u>.

7.    Any motion to amend the pleadings or to join new parties, whether by amended or third-party complaint, must be filed no later than <u>October 3, 2008</u>, and made returnable on <u>October 27, 2008</u>.

8.    All discovery in the cases entitled *Qualcomm Inc. v. Broadcom Corp.*, No. 05-CV-01958B (S.D. Cal.); *Qualcomm Inc. v. Broadcom Corp.*, No. 05-CV-01392 (S.D. Cal.); *Qualcomm Inc. v. Broadcom Corp.*, No. 05-CV-01662 (S.D. Cal.) (the "1662 case"); and *Qualcomm Inc. v. Broadcom Corp.*, No. 06-CV-0660 (S.D. Cal.) (the "660 case") shall be deemed to have been produced in this case and treated for all purposes as having been produced in this case, including without limitation as being subject to paragraph 23 of the Court's Order of March 13, 2006, relating to inadvertently produced materials.  Qualcomm shall re-produce all documents that it produced to Broadcom in the 1662 and 660 matters, on or before <u>December 21, 2007</u>.

9.    Any discovery or case management disputes will be brought to the Magistrate Judge's attention immediately by conference call with local counsel, with letter preceding the conference call.  L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f).

10.    Counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion.  No discovery motion will be entertained absent counsel's full compliance with L. Civ. R. 37.1(a)(1); *see also* L. Civ. R. 16.1(f).

11.    A status conference will be held before the undersigned at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey, on <u>May 14, 2008</u>, at 11:00 am to address settlement, the status of depositions, motions practice, and the scheduling of a pretrial conference.  Trial is anticipated for <u>June 2009</u>.

12.    The attorneys for all Parties are further directed to meet together by agreement, initiated by counsel for the Plaintiff no later than ten (10) days before the date of the pretrial conference to:

a.    discuss settlement;

b.    stipulate to as many facts and issues as possible;

EXHIBIT 6 PAGE 246

    c.   prepare a Final Pretrial Order in the form and content as required by the Court. Plaintiff's counsel will prepare the Final Pretrial Order and will submit it to all other counsel for approval and execution. The original and one copy of the executed Final Pretrial Order will be delivered to the pretrial conference. All counsel are responsible for the timely submission of the Final Pretrial Stipulation and Order;

    d.   examine all exhibits and documents proposed to be used at trial; and

    e.   complete all other matters which may expedite both the pretrial and trial of the case.

13.   An original and one copy of the proposed Final Pretrial Order are to be submitted five (5) days in advance of the pretrial conference.

14.   Appropriately colored markers (obtained from the Clerk's Office) will be affixed to the exhibits at or prior to the time they are shown to opposing counsel at the meeting of counsel referred to above, and each marker will bear the number of the exhibit to which it is affixed.

15.   At the pretrial conference counsel should be prepared to discuss settlement of the case. Clients must be made available by telephone.

16.   The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel.

17.   Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no extensions except for good cause shown and by leave of the Court, even with consent of all counsel.

18.   Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

19.   Counsel is advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar. This equipment includes an evidence presentation system, which consists of a document camera, digital projector, and screen. The projector may be used to display images which originate from a variety of sources, including television, VCR, and personal computer. The document camera may be used to display documents, photographs, charts, transparencies, and small objects. For further information, please contact the Courtroom Deputy Clerk, Denis Glynn at 609-989-0545.

EXHIBIT _6_ PAGE _247_

20.    Counsel are invited to use the *George H. Barlow* Attorney Conference Room located on the third floor of the Courthouse Annex. The room is equipped with telephones, laptop access/printer, copier, and fax.

JOHN J. HUGHES
United States Magistrate Judge

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: njdnef_hughes@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**

EXHIBIT __6__ PAGE 248