EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: 212.474.1000
Facsimile: 212.474.3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.2 FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE REPLY**<br><br>Judge:   Hon. William Q. Hayes |

Plaintiff Merdad Valikhani ("Valikhani") and Defendant Qualcomm Incorporated ("Qualcomm"), in accordance with Civil Local Rules 7.2 and 12.1, jointly move the Court to enter an Order extending Qualcomm's time for filing its Answer, motion or other responsive pleading to Valikhani's Class Action Complaint ("Complaint"), to Friday, June 13, 2008. In support of this joint motion, the parties state as follows:

1. Valikhani filed the Complaint on Friday, April 18, 2008, and subsequently served the Complaint on Qualcomm on Wednesday, April 23, 2008.

2. On April 30, 2008, Qualcomm filed a notice of removal, removing this case from the Superior Court of the State of California for the County of San Diego to this Court on the basis of 28 U.S.C. §§ 1332(d)(2) and 1441(a).

3. Qualcomm's Answer is presently due on Tuesday, May 13, 2008.

4. Qualcomm has not previously requested an extension of time in this case.

5. Valikhani consents to the requested extension of time.

6. This extension will allow Qualcomm sufficient opportunity to respond to the Complaint in accordance with Fed. R. Civ. P. 12.

7. This Court has the authority, "for good cause shown", to order an extension of time "with or without motion or notice". Fed. R. Civ. P. 6(b)(1)(A). Pursuant to the Local Rules of this Court:

> "Extensions of time for answering, or moving to dismiss a complaint shall only be secured by obtaining the approval of a judicial officer, who shall base the decision on a showing of good cause."

Civil Local Rule 12.1; s*ee also Credon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947) ("Extensions always may be asked for, and usually are granted upon a showing of good cause, if timely made.").

WHEREFORE, for good cause shown, movants respectfully request the Court to enter an Order extending the time for Qualcomm to answer, move or otherwise reply to June 13, 2008.

Dated: May 9, 2008                         DLA PIPER US LLP

                                           By /s/ William S. Boggs
                                           _____
                                              william.boggs@dlapiper.com

                                           CRAVATH, SWAINE & MOORE LLP
                                           Evan R. Chesler
                                           Peter T. Barbur
                                           Elizabeth L. Grayer

                                           Attorneys for Defendant
                                           QUALCOMM INCORPORATED

/////

| | | |
|---|---|---|
|1| Dated: May 9, 2008 | PARISI & HAVENS, LLP |
|2| | |
|3| | By /s/ David C. Parisi |
|4| | dparisi@parisihavens.com |
| | | Attorneys for Plaintiff MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated |

**Certification regarding signatures:** I hereby attest that all of the signatories to this document have approved its content.

By: /s/ William S. Boggs