

**FILED**

**5/15/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                                    DEPUTY

Merdad Valikhani                                         08cv786-WQH-JMA

-v-

Qualcomm Incorporated et al

# STRICKEN DOCUMENT
# (Per 5/16/2008 Order, Doc. # 19)

# Doc. # 18 -
# Plaintiff's Notice Of Motion And Motion To Remand