David C. Parisi, Esq. (162248)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

Attorneys for plaintiff Merdad Valikhani,
on behalf of himself, the general public
and all others similarly situated

## UNITED STATES DISCRICT COURT

## SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, a Delaware Corporation, and DOES 1-100, inclusive, <br><br> Defendants, | CASE NO. 08 cv 0786 WQH (JMA) <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND** <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** <br><br> **Date:     June 23, 2008** <br> **Time:     11:00 a.m.** <br> **Judge:    Hon. William Q. Hayes** |

PLEASE TAKE NOTICE that on June 23, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff Merdad Valikhani will and hereby does move the Court for an order remanding the above entitled court to the San Diego Superior Court.

1      This motion is based on this Notice and Motion, the Memorandum of Points and

2  Authorities filed concurrently herewith, and upon such other matters as the Court deems

3  proper.

4

5  DATED: May 16, 2008             PARISI & HAVENS LLP

6

7

8                                    By:  s/David C. Parisi

                                  Attorneys for plaintiff Merdad Valikhani, on

9                                    behalf of himself, the general public and all others

                                  similarly situated

10                                    E-mail: dcparisi@parisihavens.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28