1  David C. Parisi, Esq. (162248)
   PARISI & HAVENS LLP
2  15233 Valleyheart Drive
   Sherman Oaks, California  91403
3  (818) 990-1299 (phone)
   (818) 501-7852 (facsimile)
4  dcparisi@parisihavens.com

5

6  Attorneys for plaintiff Merdad Valikhani,
   on behalf of himself, the general public
7  and all others similarly situated

8

9              **UNITED STATES DISCRICT COURT**

10             **SOUTHER DISTRICT OF CALIFORNIA**

11

12

13  MERDAD VALIKHANI, an individual, on  )   CASE NO. 08 cv 0786 WQH (JMA)
    behalf of himself, the general public and all  )
14  others similarly situated,                  )   **PROOF OF SERVICE**
                                                )
15                     Plaintiff,               )
                                                )
16  v.                                          )
                                                )
17  QUALCOMM INCORPORATED, a            )
    Delaware Corporation, and DOES 1-100,       )
18  inclusive,                                  )
                                                )
19                     Defendants,              )

20

21

22

23

24

25

26

27

28

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

                                    1
                             Proof of Service

1    I am a resident of the State of California, over the age of eighteen years, and not a

2    party to the within action.  My business address is Parisi & Havens LLP, 15233 Valleyheart

3    Drive, Sherman Oaks, California 91403.  On May 16, 2008, I served the following

4    documents:

5    **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
     OF HIS MOTION TO REMAND**

6

7    **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**

8

9         by transmitting via e-filing the document(s) listed above to the Case

10   Management/Electronic Case filing system for this case which will be delivered to the

11   interested parties as follows:

12        Timothy S. Blackford, Esq.
          William S. Boggs, Esq.

13        Brian A. Foster, Esq.
          Christopher James Beal, Esq.

14        DLA Piper US LLP
          401 B Street, Suite 1700

15        San Diego, California   92101

16        .

17        Duane L Loft, Esq.
          Elizabeth L. Grayer, Esq.

18        Evan R. Chesler, Esq.
          Karl H. Huth, Esq.

19        Peter T. Barbur, Esq.

20        Cravath, Swaine & Moore LLP
          825 Eighth Avenue

21        New York, NY 10019

22

23        I declare that I am a member of the Bar and permitted to practice before this Court.

24        Executed May 16, 2008, at Sherman Oaks, California.

25                                        s/David C. Parisi
                                          E-mail: dcparisi@parisihavens.com
26

27

28

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

2

Proof of Service