David C. Parisi, Esq. (162248)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

Attorneys for plaintiff Merdad Valikhani,
on behalf of himself, the general public
and all others similarly situated

# UNITED STATES DISCRICT COURT

## SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation, and DOES 1-100, inclusive,<br><br>                    Defendants, | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.2 TO CONTINUE HEARING ON MOTION TO TRANSFER**<br><br>**Judge:     Hon. William Q. Hayes** |

Plaintiff Merdad Valikhani ("Plaintiff") and Defendant Qualcomm Incorporated ("Defendant"), in accordance with Civil Local Rule 7.2, jointly move the Court to continue the hearing on Defendant's Motion to Transfer to June 23, 2008, at 11:00 a.m.  In support of this joint motion, the parties state as follows:

1.     On April 30, 2008, Defendant filed a notice of removal, removing this case from the Superior Court of California for the County of San Diego to this court on the basis of 28 U.S.C. §§ 1332(d)(2) and 1441(a).

2.     On May 2, 2008, Defendant filed a motion to transfer this action which is scheduled for hearing on June 2, 2008 at 11:00 a.m.  (Docket Item No. 10.)

3.     On May 16, 2008, Plaintiff filed a motion to remand this case to the Superior Court which is scheduled for hearing on June 23, 2008 at 11:00 a.m.  (Docket Item No. 20.)

4.     The parties agree that the motion to transfer should not be heard prior to the hearing on the motion to remand and, therefore, request that the hearing on the motion to transfer be continued to June 23, 2008.

WHEREFORE, for good cause shown, movants respectfully request the Court to enter an Order continuing the hearing on the motion to transfer to June 23, 2008, at 11:00 a.m.

PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

Joint Motion to Continue Hearing                                    08 cv 0786 WQH (JMA)

1  DATED: May 16, 2008                    PARISI & HAVENS LLP

2

3

4                                         By: s/David C. Parisi
                                          Attorneys for plaintiff Merdad Valikhani, on
5                                         behalf of himself, the general public and all others
                                          similarly situated
6
                                          E-mail: dcparisi@parisihavens.com
7

8  DATED: May 16, 2008                    DLA PIPER US LLP

9

10

11                                        By: s/Tim Blackford
                                          Attorneys for Defendant
12                                        QUALCOMM INCORPORATED

13                                        E-mail: tim.blackford@dlapiper.com

14

**Certification regarding signatures:**  I hereby attest that all of the signatories to this
15  document have approved its content.

16

17                                        By: s/David C. Parisi

18

19

20

21

22

23

24

25

26

27

28