1  David C. Parisi, Esq. (162248)
   PARISI & HAVENS LLP
2  15233 Valleyheart Drive
   Sherman Oaks, California 91403
3  (818) 990-1299 (phone)
   (818) 501-7852 (facsimile)
4  dcparisi@parisihavens.com

5

6  Attorneys for plaintiff Merdad Valikhani,
   on behalf of himself, the general public
7  and all others similarly situated

8

9              **UNITED STATES DISCRICT COURT**

10             **SOUTHER DISTRICT OF CALIFORNIA**

11

12

13 MERDAC VALIKHANI, an individual, on )   CASE NO. 08 cv 0786 WQH (JMA)
   behalf of himself, the general public and all )
14 others similarly situated,             )   **PROOF OF SERVICE**
                                          )
15              Plaintiff,                )
                                          )
16 v.                                     )
                                          )
17 QUALCOMM INCORPORATED, a               )
   Delaware Corporation, and DOES 1-100,  )
18 inclusive,                             )
                                          )
19              Defendants.               )

20

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Parisi & Havens LLP, 15233 Valleyheart Drive, Sherman Oaks, California 91403. On May 16, 2008, I served the following documents:

**JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.2 TO CONTINUE HEARING ON MOTION TO TRANSFER**

by transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system for this case which will be delivered to the interested parties as follows:

Timothy S. Blackford, Esq.
William S. Boggs, Esq.
Brian A. Foster, Esq.
Christopher James Beal, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, California   92101
.

Duane L Loft, Esq.
Elizabeth L. Grayer, Esq.
Evan R. Chesler, Esq.
Karl H. Huth, Esq.
Peter T. Barbur, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

I declare that I am a member of the Bar and permitted to practice before this Court.

Executed May 16, 2008, at Sherman Oaks, California.

                                            s/David C. Parisi
                                            E-mail: dcparisi@parisihavens.com