David C. Parisi, Esq. (162248)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

Attorneys for plaintiff Merdad Valikhani,
on behalf of himself, the general public
and all others similarly situated

# UNITED STATES DISCRICT COURT

## SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated, | CASE NO. 08 cv 0786 WQH (JMA) |
| Plaintiff, | **DECLARATION OF DAVID C. PARISI IN SUPPORT OF PLAINTIF'S OPPOSITION TO MOTION TO TRANSFER** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware Corporation, and DOES 1-100, inclusive, | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| Defendants, | Date:    **June 2, 2008**<br>Time:    **11:00 a.m.**<br>Judge:    **Hon. William Q. Hayes** |

I, David C. Parisi, declare as follows:

1.    I am an attorney at law, duly licensed to practice before all the courts of the State of California.  I am a partner in the law firm of Parisi & Havens LLP.  I am primarily responsible for the handling of this litigation on behalf of Parisi & Havens LLP.  I make this declaration based upon my own personal knowledge.  If called to testify, I could and would testify to the facts contained herein.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a document entitled Plaintiff Broadcom Corporation's Notice of Motion to Transfer Under 28 U.S.C. § 1404(a), docket item No. 175 in the action entitled *Broadcom Corp. v. Qualcomm Inc.*, No. 05-cv-03350 (D.N.J.) Attached hereto as **Exhibit 2** is a true and correct copy of the Memorandum of Points and Authorities in support of the motion to transfer, docket Item No. 175-2, in the *Broadcom Corp. v. Qualcomm Inc.* action.  I downloaded each of these documents from the ECF website for the United States District Court for the District of New Jersey.

I declare under penalty perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 20, 2008 at Sherman Oaks, California.

_____s/David C. Parisi_____

E-mail: dcparisi@parisihavens.com

Parisi Decl. in Support of Opposition to Motion to Transfer

**PARISI & HAVENS** LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299