UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM, INC.,<br><br>Defendant | CIVIL ACTION NUMBER<br><br>05-3350 (MLC/JJH)<br><br>PLAINTIFF BROADCOM CORPORATION'S NOTICE OF MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) |

**PLEASE TAKE NOTICE** that, on May 16, 2008, Plaintiff Broadcom Corporation, by its undersigned attorneys, Boies, Schiller & Flexner LLP, shall move this Court before the Honorable Mary L. Cooper, United States District Judge, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order to Transfer as set forth in Broadcom's Memorandum of Points and Authorities in Support of Motion to Transfer Under 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that a Brief and a Proposed Form of Order are hereby submitted in support of this motion.

        Respectfully submitted,
        BOIES, SCHILLER & FLEXNER LLP

        By: /s David S. Stone
            David S. Stone, Esq.
            dstone@bsfllp.com
            Boies, Schiller & Flexner LLP
            150 JFK Parkway, 4th floor
            Short Hills, NJ 07078
            (973) 218-1111
            *Counsel for Plaintiff Broadcom Corporation*

Dated: May 16, 2008