David C. Parisi, Esq. (162248)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

Attorneys for plaintiff Merdad Valikhani,
on behalf of himself, the general public
and all others similarly situated

**UNITED STATES DISCRICT COURT**

**SOUTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation, and DOES 1-100, inclusive,<br><br>　　　　　　　Defendants, | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Parisi & Havens LLP, 15233 Valleyheart Drive, Sherman Oaks, California 91403. On May 20, 2008, I served the following documents:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO TRANSFER**

**DECLARATION OF DAVID C. PARISI IN SUPPORT OF PLAINTIF'S OPPOSITION TO MOTION TO TRANSFER**

by transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system for this case which will be delivered to the interested parties as follows:

> Timothy S. Blackford, Esq.
> William S. Boggs, Esq.
> Brian A. Foster, Esq.
> Christopher James Beal, Esq.
> DLA Piper US LLP
> 401 B Street, Suite 1700
> San Diego, California   92101
> .
>
> Duane L Loft, Esq.
> Elizabeth L. Grayer, Esq.
> Evan R. Chesler, Esq.
> Karl H. Huth, Esq.
> Peter T. Barbur, Esq.
> Cravath, Swaine & Moore LLP
> 825 Eighth Avenue
> New York, NY 10019

I declare that I am a member of the Bar and permitted to practice before this Court.

Executed May 22, 2008, at Sherman Oaks, California.

> s/David C. Parisi
> E-mail: dcparisi@parisihavens.com