1  EVAN R. CHESLER (*pro hac vice*)
   PETER T. BARBUR (*pro hac vice*)
2  ELIZABETH L. GRAYER (*pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Facsimile: (212) 474-3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Telephone: (619) 699-2700
9  Facsimile: (619) 699-2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

12                 UNITED STATES DISTRICT COURT

13                 SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100, inclusive<br><br>    Defendant. | CASE NO. 08cv0786-WQH (JMA)<br><br>**DECLARATION OF ANDRES LEYVA IN SUPPORT OF QUALCOMM INCORPORATED'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date:   June 23, 2008<br>Time:  11:00 a.m.<br>Judge: Hon. William Q. Hayes |

DLA PIPER US LLP
SAN DIEGO

08-CV-0786-WQH (JMA)

I, ANDRES LEYVA, declare under penalty of perjury as follows:

1. I am a Director of Strategic Market Analysis at Qualcomm Incorporated ("Qualcomm") in the Qualcomm Technology Licensing (QTL) division. I submit this Declaration in support of Qualcomm's Opposition to Valikhani's Motion to Remand. As part of my responsibilities at Qualcomm, I am familiar with the matters set forth herein.

2. In the ordinary course of business, QTL receives quarterly royalty reports from its licensees and inputs these reports into a centralized database. Most of these reports break down device sales by the technology and region with a few exceptions. For those royalty reports that do not break down the sales by technology and region, QTL estimates those numbers based on earnings and market share of those companies and other market research. The reports also include information regarding the aggregate price of the devices sold and the resulting aggregate royalty payment for the quarter.

3. Based on the quarterly reports QTL receives from its licensees, QTL estimates that over 14 million UMTS devices have been sold in the United States from 2005 through 2007.

4. Based on the quarterly reports QTL receives from its licensees, QTL estimates that its UMTS licensees had aggregate revenues on UMTS licensed devices (*i.e.*, handsets and modem cards) sold in the United States of over $2.5 billion in 2007.

5. Based on the quarterly reports QTL receives from its licensees, QTL estimates that between $1 billion and $1.5 billion of its royalty revenue worldwide was derived from royalty payments on UMTS devices in the 2007 fiscal year.

I make this Declaration based upon my own personal knowledge and, if called upon as a witness, would testify competently to the matters stated herein.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on the 6th day of June 2008, in San Diego, California.

_____
Andres Leyva

-1-