EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100, inclusive<br><br>Defendant. | CASE NO. 08cv0786-WQH (JMA)<br><br>**DECLARATION OF KARL C. HUTH IN SUPPORT OF QUALCOMM INCORPORATED'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

I, KARL C. HUTH, declare under penalty of perjury as follows:

1. I am associated with Cravath, Swaine & Moore LLP, counsel for Defendant QUALCOMM Incorporated ("Qualcomm") in the above-captioned action. I am a member of the bar of the State of New York and have been appointed pro hac vice to appear before this Court in this action. I submit this declaration in support of Qualcomm's Opposition to Plaintiff's Motion to Remand.

2. I also represent Qualcomm in the action captioned *Meyer v. Qualcomm Inc.*, No. 08-CV-0655 (S.D. Cal.), and have personal knowlege of the following.

3. On April 10, 2008, Meyer filed his complaint in the Southern District of California, a true and correct copy of which is attached hereto as Exhibit A.

4. On May 16, 2008, after Valikhani filed his motion to remand, I contacted David Parisi ("Parisi"), counsel for Valikhani, to determine whether Valikhani would stipulate that total damages were less than $5 million. Parisi declined to do so.

5. Attached hereto as Exhibit B is a true and correct copy of certain pages of Exhibit 13 to AT&T Incorporated's Annual Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2007 (Form 10-K) filed on February 27, 2008.

6. Attached hereto as Exhibit C is a true and correct copy of certain pages of Deutsche Telekom AG's Annual Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2007 (Form 20-F) filed on February 28, 2008.

7. Attached hereto as Exhibit D is a true and correct copy of certain pages of QUALCOMM Incorporated's Annual Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2007 (Form 10-K) filed on November 8, 2007.

I make this Declaration based upon my own personal knowledge and, if called upon as a witness, would tesify competently to the matters stated herein.

-1-

1
2
3
4

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on the 9th day of June 2008, in New York, New York.

5
6
7

_____
Karl C. Huth

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28