1  EVAN R. CHESLER (*pro hac vice*)
   PETER T. BARBUR (*pro hac vice*)
2  ELIZABETH L. GRAYER (*pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: 212.474.1000
   Facsimile: 212.474.3700
5
   WILLIAM S. BOGGS (Bar No. 053013)
6  BRIAN A. FOSTER (Bar No. 110413)
   TIMOTHY S. BLACKFORD (Bar No. 190900)
7  DLA PIPER US LLP
   401 B Street, Suite 1700
8  San Diego, CA 92101-4297
   Telephone: 619.699.2700
9  Facsimile: 619.699.2701

10 Attorneys for Defendant
   QUALCOMM INCORPORATED
11

12                      UNITED STATES DISTRICT COURT

13                     SOUTHERN DISTRICT OF CALIFORNIA

14
   MERDAD VALIKHANI, an individual, on        CASE NO.  08 cv 0786 WQH (JMA)
15 behalf of himself, the general public and all
   others similarly situated,                 **QUALCOMM INCORPORATED'S**
16                                             **NOTICE OF MOTION AND MOTION TO**
                 Plaintiff,                    **DISMISS**
17
           v.                                  **NO ORAL ARGUMENT UNLESS**
18                                             **REQUESTED BY THE COURT**
   QUALCOMM INCORPORATED, a
19 Delaware corporation, and DOES 1-100,       Date:    July 28, 2008
                                               Time:    11:00 a.m.
20               Defendants.                   Judge:   Hon. William Q. Hayes

21

22

23

24

25

26

27

28

DLA PIPER US LLP
  SAN DIEGO

1    PLEASE TAKE NOTICE that on Monday, July 28, 2008 at 11:00 a.m., or as soon

2   thereafter as counsel may be heard, Defendant Qualcomm Incorporated will and hereby does

3   move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing this

4   action with prejudice.

5        The motion is based upon this Notice of Motion and Motion, and the supporting

6   Memorandum of Points and Authorities filed concurrently herewith, and upon such other matters

7   as the Court deems proper.

8
9   Dated:  June 13, 2008                    DLA PIPER US LLP

10                                           By /s/ William S. Boggs

11                                              william.boggs@dlapiper.com

12                                           CRAVATH, SWAINE & MOORE LLP
                                             Evan R. Chesler
13                                           Peter T. Barbur
                                             Elizabeth L. Grayer
14
                                             Attorneys for Defendant
15                                           QUALCOMM INCORPORATED

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER US LLP
SAN DIEGO

WEST\21445840.1
336110-000167

-1-

08 CV 0786 WQH (JMA)