EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100,<br><br>Defendants. | Case No. 08cv0786-WQH (JMA)<br><br>**SUPPLEMENTAL DECLARATION OF DUANE L. LOFT IN SUPPORT OF QUALCOMM'S MOTION TO TRANSFER**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Date: June 23, 2008<br>Time: 11:00 a.m.<br>Judge: Hon. William Q. Hayes |

I, DUANE L. LOFT, declare under penalty of perjury as follows:

1. I am associated with Cravath, Swaine & Moore LLP, counsel for Defendant Qualcomm Incorporated ("Qualcomm") in the above-captioned action. I am a member of the bar of the State of New York and have been appointed pro hac vice to appear before this Court in this action. I submit this supplemental declaration in support of Qualcomm's Motion to Transfer pursuant to 28 U.S.C. § 1404(a).

/////

-1-

1      2.    I also represent Qualcomm in the action captioned *Broadcom Corp. v. Qualcomm Inc.*, No. 05-CV-3350 (D.N.J.) (the "NJ Action"), and have personal knowlege of the following.

3.    On July 1, 2005, Broadcom Corporation ("Broadcom") filed its initial complaint in the NJ Action and, on September 19, 2005, filed its First Amended Complaint, a true and correct copy of which is attached hereto as Exhibit 1.

4.    Attached hereto as Exhibit 2 is a true and correct copy of a letter dated July 11, 2005, sent by counsel for Broadcom to the Honorable John W. Bissell, Chief Judge of the United States District Court for the District of New Jersey, concerning the NJ Action.

I make this Declaration based upon my own personal knowledge and, if called upon as a witness, would tesify competently to the matters stated herein.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on May 23, 2008, in New York, New York.

_____
DUANE L. LOFT