| | |
|---|---|
| 1 | EVAN R. CHESLER (*pro hac vice*) |
| | PETER T. BARBUR (*pro hac vice*) |
| 2 | ELIZABETH L. GRAYER (*pro hac vice*) |
| | CRAVATH, SWAINE & MOORE LLP |
| 3 | 825 Eighth Avenue |
| | New York, NY 10019 |
| 4 | Telephone: 212.474.1000 |
| | Facsimile: 212.474.3700 |
| 5 | |
| 6 | WILLIAM S. BOGGS (Bar No. 053013) |
| | BRIAN A. FOSTER (Bar No. 110413) |
| 7 | TIMOTHY S. BLACKFORD (Bar No. 190900) |
| | DLA PIPER US LLP |
| 8 | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| 9 | Telephone: 619.699.2700 |
| | Facsimile: 619.699.2701 |
| 10 | Attorneys for Defendant |
| | QUALCOMM INCORPORATED |
| 11 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated, | CASE NO. 08 cv 0786 WQH (JMA) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100, | |
| Defendants. | |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On June 16, 2008, I served the within documents:

1. Qualcomm Incorporated's Reply Memorandum in Further Support of its Motion to Transfer;

2. Supplemental Declaration of Duane L. Loft in Support of Qualcomm's Motion to Transfer

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and deposited with UPS Overnight at San Diego, California to the addressee(s) specified below.

☒ by transmitting via e-filing the document(s) listed above to the Case Management/ Electronic Case filing system.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

David C. Parisi, Esq.
Suzanne Havens Beckman, Esq.
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Tel. (818) 990-1299
Fax: (818) 501-7852
dparisi@parisihavens.com
Attorneys for Plaintiff

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on June 16, 2008, at San Diego, California.

_____
Debby J. Brady

-3-

WEST\21351007.1
336110-000167

08 CV 0786 WQH (JMA)

DLA PIPER US LLP
SAN DIEGO