David C. Parisi, Esq. (162248)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com


Attorneys for plaintiff Merdad Valikhani,
on behalf of himself, the general public
and all others similarly situated


# UNITED STATES DISCRICT COURT

## SOUTHER DISTRICT OF CALIFORNIA


| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated, | CASE NO. 08 cv 0786 WQH (JMA) |
| | **PROOF OF SERVICE** |
| Plaintiff, | |
| v. | |
| QUALCOMM INCORPORATED, a Delaware Corporation, and DOES 1-100, inclusive, | |
| Defendants, | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Parisi & Havens LLP, 15233 Valleyheart Drive, Sherman Oaks, California 91403.  On June 16, 2008, I served the following documents:

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS REPLY RE MOTION TO REMAND**

by transmitting via e-filing the document(s) listed above to the Case Management/Electronic Case filing system for this case which will be delivered to the interested parties as follows:

Timothy S. Blackford, Esq.
William S. Boggs, Esq.
Brian A. Foster, Esq.
Christopher James Beal, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, California   92101


Duane L Loft, Esq.
Elizabeth L. Grayer, Esq.
Evan R. Chesler, Esq.
Karl H. Huth, Esq.
Peter T. Barbur, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019


I declare that I am a member of the Bar and permitted to practice before this Court.

Executed June 16, 2008, at Sherman Oaks, California.

s/David C. Parisi
E-mail: dcparisi@parisihavens.com