EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: 212.474.1000
Facsimile: 212.474.3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**JOINT MOTION PURSUANT TO CIVIL LOCAL RULE 7.2 FOR A CONTINUANCE OF DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. William Q. Hayes |

Defendant QUALCOMM Incorporated ("Qualcomm"), in accordance with Civil Local Rules 7.2 and 12.1, jointly moves the Court with Plaintiff Merdad Valikhani ("Valikhani") to enter an Order continuing until August 4, 2008, the return date on Qualcomm's Motion to Dismiss Valikhani's Complaint. Pursuant to ordinary operation of Civil Local Rule 7.1(e)(3), this will extend until July 28, 2008, Qualcomm's deadline for filing its Reply in Further Support of its Motion to Dismiss. In support of this joint motion, Qualcomm states as follows:

/////

-1-

1. On April 18, 2008, Valikhani commenced the action captioned *Valikhani v. Qualcomm, Inc.*, No. 37-2008-00082231, in the Superior Court of the State of California for the County of San Diego.

2. On April 30, 2008, Qualcomm filed a notice of removal, removing the case to this Court.

3. Qualcomm filed its Motion to Dismiss on June 13, 2008.

4. Valikhani filed its Opposition to the Motion to Dismiss on July 15, 2008.

5. Qualcomm has not previously requested a continuance.

6. Valikhani does not oppose the request for a continuance.

7. This extension will allow Qualcomm sufficient opportunity to reply to the arguments made in Valikhani's Opposition to Qualcomm's Motion to Dismiss.

8. This Court has the authority, "for good cause shown", to order an extension of time "with or without motion or notice". Fed. R. Civ. P. 6(b)(1).

WHEREFORE, for good cause shown, Qualcomm respectfully requests the Court to enter an Order continuing until August 4, 2008, the return date on Qualcomm's Motion to Dismiss Valikhani's Complaint and, pursuant to ordinary operation of Civil Local Rule 7.1(e)(3), extending until July 28, 2008, Qualcomm's deadline for filing its Reply in Further Support of its Motion to Dismiss.

Dated: July 16, 2008      DLA PIPER US LLP

By /s/ Timothy S. Blackford

tim.blackford@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer

Attorneys for Defendant
QUALCOMM INCORPORATED

/////

1 | Dated: July 16, 2008          PARISI & HAVENS, LLP

By /s/ David C. Parisi

dparisi@parisihavens.com
Attorneys for Plaintiff MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated

**Certification regarding signatures:** I hereby attest that all of the signatories to this document have approved its content.

By:    /s/ Timothy S. Blackford