| | |
|---|---|
| 1 | EVAN R. CHESLER (*pro hac vice*) |
|   | PETER T. BARBUR (*pro hac vice*) |
| 2 | ELIZABETH L. GRAYER (*pro hac vice*) |
|   | CRAVATH, SWAINE & MOORE LLP |
| 3 | 825 Eighth Avenue |
|   | New York, NY  10019 |
| 4 | Telephone:  212.474.1000 |
|   | Facsimile:  212.474.3700 |
| 5 | |
|   | WILLIAM S. BOGGS (Bar No. 053013) |
| 6 | BRIAN A. FOSTER (Bar No. 110413) |
|   | TIMOTHY S. BLACKFORD (Bar No. 190900) |
| 7 | DLA PIPER US LLP |
|   | 401 B Street, Suite 1700 |
| 8 | San Diego, CA  92101-4297 |
|   | Telephone:  619.699.2700 |
| 9 | Facsimile:  619.699.2701 |
| 10 | Attorneys for Defendant |
|   | QUALCOMM INCORPORATED |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated, | CASE NO.  08 cv 0786 WQH (JMA) |
|  | **QUALCOMM INCORPORATED'S SUPPLEMENTAL NOTICE OF RELATED CASE** |
| Plaintiff, |  |
| v. | Judge:    Hon. William Q. Hayes |
| QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100, |  |
| Defendants. |  |

1   Defendant Qualcomm Incorporated ("Qualcomm") respectfully submits this supplemental
2   notice of related case pursuant to Local Rule 40.1(e).
3   On April 30, 2008, Qualcomm submitted a notice of related case regarding *Broadcom*
4   *Corp. v. Qualcomm Inc.*, No. 05cv03350 (D.N.J.) ("3350"), then pending before Judge Cooper of
5   the New Jersey District Court. (Dkt. No. 2.) On August 12, 2008, Judge Cooper granted
6   Broadcom Corporation's motion to transfer the 3350 case to the United States District Court for
7   the Southern District of California. A copy of Judge Cooper's memorandum opinion is attached
8   as Exhibit A.
9   Upon transfer, the 3350 case should be assigned to this Court as a related case under Local
10  Rule 40.1. Under that rule, "[a]n action or proceeding is related to another action or proceeding
11  where both of them: (1) Involve some of the same parties and are based on the same or similar
12  claims, or (2) Involve the same property, transaction, or event, or (3) Involve substantially the
13  same facts and the same questions of law." Local Rule 40.1(f). The 3350 case is "related" under
14  any of these standards.
15  The 3350 case—like the instant *Valikhani* case—is an antitrust case against Qualcomm in
16  which the plaintiff asserts claims under the Sherman Act and California's Unfair Competition
17  Law. The 3350 and *Valikhani* plaintiffs also assert the same primary theory of liability—namely,
18  that Qualcomm was able to charge supracompetitive royalties for wireless technology by
19  deceiving a private standards-determining organization known as "ETSI" into choosing to
20  incorporate Qualcomm's patented technology within a third-generation cellular standard called
21  "UMTS." *See Broadcom Corp. v. Qualcomm Inc.*, 501 F.3d 297 (3d Cir. 2007). Given their
22  /////
23  /////
24  /////
25  /////
26  /////
27  /////
28  /////

-1-

factual and legal similarities, the 3350 and *Valikhani* cases should be treated as "related" under Local Rule 40.1(f).

Dated: August 13, 2008

DLA PIPER US LLP

By /s/ William S. Boggs

william.boggs@dlapiper.com

CRAVATH, SWAINE & MOORE LLP
Evan R. Chesler
Peter T. Barbur
Elizabeth L. Grayer

Attorneys for Defendant
QUALCOMM INCORPORATED