David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California  91403
(818) 990-1299 (phone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com

Attorneys for plaintiff Merdad Valikhani,
on behalf of himself, the general public
and all others similarly situated

# UNITED STATES DISCRICT COURT

# SOUTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware Corporation, and DOES 1-100, inclusive,<br><br>　　　　　Defendants, | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO TRANSFER**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>**Date:**　　July 28, 2008<br>**Time:**　　11:00 a.m.<br>**Judge:**　Hon. William Q. Hayes |

On May 2, 2008, Defendant Qualcomm Incorporated filed its Motion to Transfer this action to the United States District Court for the District of New Jersey. (Docket Item No. 10.) The Motion was based on the fact that the action entitled *Broadcom Corp. v. Qualcomm Inc.*, No. 05-CV-3350 (D.N.J.) (the "New Jersey Action") had been pending in New Jersey since July 1, 2005. Qualcomm moved to transfer this San Diego action to New Jersey to "prevent the needless duplication of time, cost and judicial resources associated with maintaining the present action alongside a largely identical action currently pending in the District of New Jersey." (Qualcomm's Motion to Transfer, Docket Item No. 10-2, pg. 5:6-8.)

On May 20, 2008, Plaintiff Merdad Valikhani filed an opposition to the Motion to Transfer. (Docket Item No. 22.) This Court has not yet ruled on Qualcomm's May 2, 2008 Motion to Transfer this action to New Jersey.

Yesterday, on August 12, 2008, the Hon. Mary L. Cooper, United States District Judge presiding over the New Jersey Action issued an Order and fifteen page Memorandum Opinion transferring the New Jersey Action to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1404(a). A copy of the Judge Cooper's Order is attached hereto as Exhibit 1 and a copy of the Memorandum Opinion is attached as Exhibit 2.

Plaintiff respectfully submits that this Order by Judge Cooper extinguishes all grounds for Qualcomm's Motion to Transfer.

DATED: August 12, 2008                          PARISI & HAVENS LLP


                                                By: s/David C. Parisi
                                                Attorneys for plaintiff Merdad Valikhani, on
                                                behalf of himself, the general public and all others
                                                similarly situated

                                                E-mail: dcparisi@parisihavens.com