**Exhibit 1**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BROADCOM CORPORATION, | CIVIL ACTION NO. 05-3350 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

For the reasons stated in the Court's memorandum opinion dated August 12, 20008, **IT IS** on this  12th  day of August, 2008, **ORDERED** that the plaintiff's motion to transfer this action to the United States District Court for the Southern District of California (dkt. entry no. 175) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the plaintiff's separate motion, <u>inter alia</u>, to dismiss a certain counterclaim (dkt. entry no. 167) is **DENIED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that the defendant's cross motion to dismiss certain claims (dkt. entry no. 118) is **DENIED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that the defendant's separate cross motion to seal certain materials (dkt. entry no. 83) is **DENIED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that the separate motion by non-party Texas Instruments Incorporated to quash a subpoena (dkt. entry no. 72) is **DENIED WITHOUT PREJUDICE**; and

**IT IS FURTHER ADJUDGED** that the action be **TRANSFERRED** to the United States District Court for the Southern District of California; and

**IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED**.

        s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge