1  David C. Parisi, Esq. (162248)
   Suzanne Havens Beckman, Esq. (188814)
2  PARISI & HAVENS LLP
   15233 Valleyheart Drive
3  Sherman Oaks, California  91403
   (818) 990-1299 (phone)
4  (818) 501-7852 (facsimile)
   dcparisi@parisihavens.com
5

6
   Attorneys for plaintiff Merdad Valikhani,
7  on behalf of himself, the general public
   and all others similarly situated
8

9
                    **UNITED STATES DISCRICT COURT**
10
                    **SOUTHER DISTRICT OF CALIFORNIA**
11

12

13
   MERDAD VALIKHANI, an individual, on  )   CASE NO. 08 cv 0786 WQH (JMA)
14 behalf of himself, the general public and all  )
   others similarly situated,            )   **PROOF OF SERVICE**
15                                        )
                    Plaintiff,            )
16                                        )
   v.                                     )
17                                        )
   QUALCOMM INCORPORATED, a              )
18 Delaware Corporation, and DOES 1-100,  )
   inclusive,                             )
19                                        )
                    Defendants,           )
20                                        )

21

22

23

24

25

26

27

28

1   I am a resident of the State of California, over the age of eighteen years, and not a

2   party to the within action.  My business address is Parisi & Havens LLP, 15233 Valleyheart

3   Drive, Sherman Oaks, California 91403.  On August 13, 2008, I served the following

4   documents:

5   **PLAINTIFF'S SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO TRANSFER**

6

7   by transmitting via e-filing the document(s) listed above to the Case

8   Management/Electronic Case filing system for this case which will be delivered to the

9   interested parties as follows:

10  Timothy S. Blackford, Esq.
    William S. Boggs, Esq.
11  Brian A. Foster, Esq.
    Christopher James Beal, Esq.
12  DLA Piper US LLP
13  401 B Street, Suite 1700
    San Diego, California   92101
14

15

16  Duane L Loft, Esq.
    Elizabeth L. Grayer, Esq.
17  Evan R. Chesler, Esq.
    Karl H. Huth, Esq.
18  Peter T. Barbur, Esq.
    Cravath, Swaine & Moore LLP
19  825 Eighth Avenue
20  New York, NY 10019

21
    I declare that I am a member of the Bar and permitted to practice before this Court.
22
    Executed August 13, 2008, at Sherman Oaks, California.
23
                                        s/David C. Parisi
24                                      E-mail: dcparisi@parisihavens.com

25

26

27

28