EVAN R. CHESLER (*pro hac vice*)
PETER T. BARBUR (*pro hac vice*)
ELIZABETH L. GRAYER (*pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: 212.474.1000
Facsimile: 212.474.3700

WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
TIMOTHY S. BLACKFORD (Bar No. 190900)
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.2700
Facsimile: 619.699.2701

Attorneys for Defendant
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual, on behalf of himself, the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, a Delaware corporation, and DOES 1-100,<br><br>Defendants. | CASE NO. 08 cv 0786 WQH (JMA)<br><br>**QUALCOMM INCORPORATED'S NOTICE OF WITHDRAWAL OF TRANSFER MOTION**<br><br>Date: July 28, 2008<br>Time: 11:00 a.m.<br>Judge: Hon. William Q. Hayes |

1  Defendant Qualcomm Incorporated ("Qualcomm") respectfully submits this notice of
2  withdrawal of its motion to transfer filed on May 2, 2008.  (See Dkt. No. 10.)  In its transfer
3  motion, Qualcomm asked this Court to transfer the instant case to the United States District Court
4  for the District of New Jersey.  Qualcomm's request was premised on a related action then before
5  Judge Cooper of the New Jersey Court styled *Broadcom Corp. v. Qualcomm Inc.*, No. 05-CV-
6  3350 (D.N.J.) (the "3350 case").

7  On August 12, 2008, Judge Cooper granted Broadcom Corporation's motion to transfer
8  the 3350 case to the United States District Court for the Southern District of California.  A copy
9  of Judge Cooper's memorandum opinion was submitted to this Court with Qualcomm's
10 supplemental notice of related case, filed August 13, 2008.  (See Dkt. No. 33.)  Because the 3350
11 case is being transferred to this judicial district—and should properly be assigned to this Court as
12 a "related" case under Local Rule 40.1—Qualcomm respectfully withdraws its motion to transfer
13 the instant case.

14 Dated:  August 13, 2008                    DLA PIPER US LLP

16                                            By /s/ William S. Boggs

17                                               william.boggs@dlapiper.com

18                                            CRAVATH, SWAINE & MOORE LLP
                                              Evan R. Chesler
19                                            Peter T. Barbur
                                              Elizabeth L. Grayer

20                                            Attorneys for Defendant
21                                            QUALCOMM INCORPORATED