```
CRAVATH, SWAINE & MOORE LLP
EVAN R. CHESLER (pro hac vice)
PETER T. BARBUR (pro hac vice)
ELIZABETH L. GRAYER (pro hac vice)
825 Eighth Avenue
New York, NY 80019
Telephone:    (212) 474-2000
Facsimile:    (212) 474-3700

COOLEY GODWARD KRONISH LLP
STEVEN M. STRAUSS (99153) (sms@cooley.com)
JOHN S. KYLE (199196) (jkyle@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY GODWARD KRONISH LLP
MARTIN S. SCHENKER (109828) (mschenker@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: 415-693-2000
Facsimile: 415-693-2222

Attorneys for Plaintiff
 QUALCOMM INCORPORATED
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERDAD VALIKHANI, an individual on his own behalf and on behalf of all similarly situated,<br><br>Plaintiff<br><br>v.<br><br>QUALCOMM, INCORPORATED, a Delaware Corporation,<br><br>Defendant | Case No.  08-CV-0786 WQH (JMA)<br><br>**DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge:        William Q. Hayes<br>Courtroom:  4 |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DEFENDANT'S NOTICE OF SUBSTITUTION OF
COUNSEL
08-CV-0786 WQH (JMA)

TO THE COURT, DEFENDANTS AND ITS ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Plaintiff QUALCOMM INCORPORATED hereby substitutes Steven M. Strauss and John S. Kyle of Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, CA 92121, telephone number (858) 550-6000 and Martin S. Schenker of Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, CA 94111, telephone number (415) 693-2000 in place of William S. Boggs, Brian A. Foster, and Timothy S. Blackford of DLA Piper US LLP, 401 B. Street, Suite 1700, San Diego, CA 92101, telephone number (619) 699-2700.

Dated: September 10, 2008

COOLEY GODWARD KRONISH LLP
STEVEN M. STRAUSS (99153)
MARTIN S. SCHENKER (109828)
JOHN S. KYLE (199196)

/s/ Samantha M. Everett
Samantha M. Everett (234402)
Attorneys for QUALCOMM INCORPORATED

WE CONSENT TO THE ABOVE SUBSTITUTION.

Dated: September 10, 2008

DLA Piper US LLP

/s/ William S. Boggs
William S. Boggs

DLA Piper US LLP

/s/ Brian A. Foster
Brian A. Foster

DLA Piper US LLP

/s/ Timothy S. Blackford
Timothy S. Blackford

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1  Dated: September 10, 2008

2

3  *[signature]*

4  QUALCOMM INCORPORATED

5

6  IT IS SO ORDERED.

7  Dated: _____, 2008.

8  WILLIAM Q. HAYES
   JUDGE OF THE U.S. DISTRICT COURT

9  602828 v1/SD

3.

DEFENDANT'S NOTICE OF SUBSTITUTION OF
COUNSEL
08-CV-0786 WQH (JMA)