# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2008, I filed the foregoing **DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

- **Christopher James Beal**
  cris.beal@dlapiper.com,debby.brady@dlapiper.com
- **Timothy Scott Blackford**
  tim.blackford@dlapiper.com,debby.brady@dlapiper.com
- **William S Boggs**
  william.boggs@dlapiper.com,bonnie.lott@dlapiper.com
- **Brian A Foster**
  brian.foster@dlapiper.com,joyce.graham@dlapiper.com
- **David C. Parisi**
  dparisi@parisihavens.com,dcparisi@msn.com

*[signature]*

Kendra A. Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

603026 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 08CV00786 WQH (JMA)
CERTIFICATE OF SERVICE